UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CS. NO.

VINCENT F. RIVERA #S18545
FLORIDA STATE PRISON, AS NEXT
FRIEND FOR US ARMY SERGEANT JOSE
A. RIVERA,          PLAINTIFF(S)/PETITIONER(S).

v.

PRESIDENT GEORGE WALKER BUSH, VICE
PRESIDENT RICHARD CHENEY, DEFENSE
SEC'Y DONALD H. RUMSFELD, JOINT
CHIEFS OF STAFF CHAIRMAN GEN RICHARD
MYERS, SEN. DUNCAN HUNTER, R-CALIF.,
SEN JOHN WARNER, R-VA, U.S. SURGEON
GENERAL DR. RICHARD PALMISANO, MD, U.S.
ARMY COLONEL DR. CHARLES HOGE, MD, CHIEF OF
PSYCHIATRY & NEUROSCIENCE AT WALTER REED
ARMY HOSPITAL; ANNE MINNER, GOVERNOR OF
DELAWARE; MCKESSON CORPORATION, TAP HOLDINGS
INC., E-Z-EM INC., FUJISAWA USA, INC., G.D.
SEARLE & CO., BOC GROUP INC A DELAWARE CORP.,
BOOTS PHARMACEUTICALS, AND HARLEY LAPPIN, DIR.,
U.S. BUREAU OF PRISONS, OFFICIALLY, PERSONALLY,
RESPECTIVELY, SPECIFICALLY, ETC., ET AL.,
        DEFENDANTS-RESPONDENTS.

COMPLAINT - JURY
TRIAL DEMANDED  06   161

JURISDICTION: 10 USC § 1552,
15 USC §§ 1344 & 1951 ET
SEQ.; 21 USC § 904; 28
USC § 2679, 42 USC §§
1983 & 1997.

VENUE: 28 USC § 1391(e).



LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 2-27-06 FOR MAILING.
INMATES INITIALS VFL

FILED
MAR 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned IFP

COMPLAINT

PLAINTIFF(S)/PETITIONER(S) SUES THE DEFENDANTS-RESPONDENTS NAMED-ABOVE AND ALLEGES:

COUNT-1

DEPRIVATION OF CIVIL RIGHTS
42 USC §§ 1983, 1985(3), &
1997, FOR VIOLATIONS OF THE 5TH,
8TH, 13TH, & 14TH AMDTS TO THE US.
CONSTITUTION.

1.

COUNT - 2

Joint conspiracy to deny the plaintiff(s)/petitioner(s) constitutional rights.

COUNT - 3

Conspiracy to violate federal anti drug policy.

COUNT - 4

Violation of the Foreign Corrupt Practices Act.

COUNT - 5

Violation of the Foreign Intelligence Surveillance Act of 1978 (FISA).

COUNT - 6

Violation of the Import-Export Clause, Art. 1, § 8, Cl. 1, U.S. Const.

COUNT - 7

Violation of the Commerce Clause (Restraint of Trade, Bid Rigging, Contract-Steering & Insider Trading); by persons acting under color of federal or state law, or both (Art. 1, § 8, Cl. 3, U.S. Const.).

COUNT - 8

Violation of federal anti slavery policy.

COUNT - 9

Violation of federal anti-secessionist policy.

COUNT - 10

Violation of the Bioterrorism Preparedness Act of 2002.

## COUNT-11

Violation of Project Bioshield provisions, P.L. No 108-276 (July 21, 2004).

## COUNT-12

Violation of the August 9, 2001, ban on U.S. Government funding for the research and development of human embryonic stem cell colonies or lines.

## COUNT-13

Violation of the Hobbs Act, 18 USC § 1951.

## COUNT-14

Violation of Federal Anti Money-Laundering Policy, 18 USC § 981.

## COUNT-15

Violation of the Federal Anti Kickback Act of 1986, 18 USC § 53.

## HISTORICAL FACTS

### A

1.) During the tenure[1] of former President Gerald R. Ford, the Director of Central Intelligence - viz, Mr. George Herbert Walker Bush, the father of the current U.S. President Mr. George Walker Bush (Defendant-Respondent); created a secret behavior modification program that was classified under several code names - viz, MK Search, MK Delta, Bluebird, Artichoke, and "MK Ultra." The MK Ultra program employed several pharmaceutical houses, including without limitation, McKesson Corp.; state universities and colleges; and other private sector constituents. The pharmaceutical houses, universities, and private contractors in the healthcare field (medical doctors), were commissioned to research and develop "antipersonnel drugs." The drug formularies or armamentarium in question had both military and civilian applications. But the clinical research platform was the same, i.e. involuntary use of prisoners in clinical trials.

2.) As a result of the MK Ultra Program the Central Intelligence Agency (CIA) created a boom for the pharmaceuticals industry, and

---

[1] 1974-1977.

- A WINDFALL FOR SHAREHOLDERS IN PUBLIC OFFICE. THE ANTIPERSONNEL DRUGS WERE TESTED, PERFECTED, APPROVED BY THE FOOD AND DRUG ADMINISTRATION (FDA) AND NATIONAL INSTITUTES OF HEALTH (NIH); AND PATENTED UNDER TRADEMARK NAME BRANDS IN THE MAJOR TRANQUILIZER GROUPS — VIZ, HALDOL DECANOATE, PROLIXIN DECANOATE, THORAZINE, AND MELLARIL. THESE ITEMS EVOLVED OVER THE COURSE OF ABOUT 20 YEARS FROM 1973 TO 1993. THEIR NAMES WERE INTERCHANGED TO AFFECT THE CURRENT MARKET (BAIT & SWITCH). AND, THE MAJOR TRANQUILIZER GROUPS EXPANDED — VIZ, TRICYCLIC ANTIDEPRESSANTS, MONOAMINE OXIDASE INHIBITORS (MAO), SELECTIVE SEROTONIN REUPTAKE INHIBITORS, AND B-BLOCKERS. THE MORE COMMON DESCRIPTION OF THESE PRODUCTS ARE: APOTEX, ATIVAN, ADDERALL, BUSPAR, CELEXA, CLONOPIN, CYMBALTA, CONCERTA, EFFEXOR, ESCALITHE, LEXAPRO, LUVOX, MERIDIAN, METHYLIN, METADATE, NEFAZADONE, NEURONTIN, OLANZAPINE, PAXIL, PROZAC, REMERON, RISPERADON, RITALIN, SEREVENT, SEROQUEL, SERZONE, SYRACLUFF, TRILAPHON, VISTORILE, WELLBUTRIN, XANAX, ZIPREXA, AND ZOLOFT.

3) THE BEFOREMENTIONED ARMAMENTARIUM WAS RECENTLY ADDED TO THE FDA'S "BLACK BOX" LIST. CONSISTENT WITH THE OBJECTIVES OF THE MK ULTRA PROJECT'S ORIGINAL INTENT, THE REASON FOR THE BLACK BOX WARNING LABEL ON THE PRODUCTS IS THAT THE "DRUGWARE" ENHANCES SUICIDAL IDEATION, WHICH BOTH THE FDA AND NIH WERE WELL AWARE OF, LONG BEFORE THE CONGRESSIONAL STUDIES ON SUICIDES BEGAN IN 2004 (SEN-SUSAN COLLINS, R-ME). BUT OF FDA & NIH FILE CODENAME: "OFTEN" / "CHICKWIT". MOREOVER, THE FDA IS DELIBERATELY CONCEALING THE RESULTS OF CLINICAL TRIALS ON THE (SAME) "SUICIDE PILLS", THAT REVEAL THAT ERECTILE DYSFUNCTION IN MEN, AND MENOPAUSAL SYMPTOMATOLOGY IN WOMEN, ARE ASSOCIATED WITH PROLONGED USE. WHICH IS (WAS) PRECISELY THE PLATFORM WHICH GAVE SUBSTANCE TO THE PRODUCTS "VIAGRA", "CIALIS", "LEVITRA", "LIBIGEL", AND "INTRINSA". AND, WHILE THE FDA HAS NOT BEEN NAMED AS A PARTY DEFENDANT-RESPONDENT, IN THIS CASE. RIVERA V. FDA, NO. 06 CV 38 (ADS)(ED/NY), IS A HORSE OF ANOTHER COLOR ALTOGETHER. WHAT THE "DRUGWARE" IN QUESTION IS SAID TO DO AND WHAT IT ACTUALLY DOES, IS LIKEWISE A DIFFERENT CREATURE (BAIT & SWITCH). THE POLITICAL MONEYLINE LEADING FROM PHARMACEUTICAL HOUSES (DEFENDANTS-RESPONDENTS), TO GOVERNMENT OFFICIALS (CORPORATE CAMPAIGN CONTRIBUTIONS/POLITICAL DONATIONS), AND VICE VERSA (KICKBACKS); SOUNDING THE DEATH KNELL OF A GOVERNMENT ENDORSED PHARMACEUTICAL CARTEL.

4) THE BEFOREMENTIONED DRUGWARE IS MANUFACTURED AND SOLD TO THE PUBLIC AND MILITARY COMMUNITIES. THE DEPARTMENT OF DEFENSE (DOD) BEGAN WEANING U.S. TROOPS ON ANTIPERSONNEL PILLS DURING THE REAGAN YEARS (1981-1989). THE FORMER DIRECTOR OF CENTRAL INTELLIGENCE MR. GEORGE H.W. BUSH (DCI), WAS VICE PRESIDENT AT THE TIME. AND SUBSEQUENTLY SUCCEEDED PRESIDENT REAGAN AS 41ST PRESIDENT (1989-1993). TRACKING DRUG SALES TO THE DOD IS MADE EASY BY AND THROUGH THE DEFENSE CONTRACT AUDIT AGENCY (DCAA); AND THE DEFENDANTS-RESPONDENTS' OWN

- BUSINESS RECORDS, WHICH ARE DISCOVERABLE UNDER FED. R. CIV. PRO., RULE 26; AND § 215 OF THE USA PATRIOT ACT. THE BLACK BOX DRUGS BLOCK THE PRODUCTION OF THE NEUROTRANSMITTERS "ACETYLCHOLINE," SEROTONIN, AND NOREPINEPHRINE; THEREBY CAUSING AN ALZHEIMER'S/PARKINSON'S DISEASE-LIKE MEMORY LOSS. TO THE POINT THAT THE BRAIN CANNOT EFFECTIVELY PROTECT ITSELF (BRAIN FORGETS HOW TO COMMUNICATE WITH BODY). AND THUS, U.S. TROOPS LOSE THEIR ABILITY TO PROPERLY ASSESS THREATS IN HOSTILE SITUATIONS. THEIR MISJUDGMENTS MAKING THEM MORE RECKLESS AND THUS MORE LETHAL AS COMBATANTS. BOTH PRESIDENT REAGAN AND VICE PRESIDENT BUSH ANTICIPATED THE GULF CONQUEST WITH SUICIDE UNITS OF THEIR OWN TO COUNTER THE SUICIDE BOMBER MENTALITY. WHICH IS WHERE THEIR MASTERPLAN HAS COME TO GRIPS WITH REALITY IN 2006. THERE BEING A GREATER PERCENTAGE OF U.S. TROOPS THAT WERE TAKING SOME CATEGORY OF "ANTIPSYCHOTIC" DRUGS, AND COMMITTED SUICIDE IN THE COMBAT ZONE, THAN U.S. TROOPS HAVE ACTUALLY KILLED WITHIN A PER CAPITA RATIO — I.E., FOR EVERY 1,000 ENEMY IRAQI SOLDIERS KILLED BETWEEN MARCH AND MAY 2003, FIVE U.S. SOLDIERS TOOK THEIR OWN LIVES. AND FOR EVERY 1,000 MAHDI ARMY INSURGENTS KILLED BETWEEN NOVEMBER 2005 AND FEBRUARY 2006, FIFTEEN U.S. TROOPS HAVE TAKEN THEIR OWN LIVES.

5.) AS A PROXIMATE RESULT OF THE REAGAN ADMINISTRATION WEANING THE MILITARY ON ANTIPSYCHOTIC DRUGS, THE FEDERAL GOVERNMENT NOW HAS A FIGHTING FORCE OF PACIFIST SOLDIERS. WHICH IS THE PRIMARY REASON WHY THE "SOFT TARGET" KILLINGS IN IRAQ ARE ONGOING. THE UNITED STATES GOVERNMENT HAS PROCURED MERCENARY UNITS UNDER THE DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT CONTRACTORS ACCOMPANYING A FORCE DEPLOYED, PROVISION (FED. REG. 3. 24. 04.) (AN INITIATIVE TO FORMER PRESIDENT REAGAN'S "DIRECTIVE 17", MAKING THE CONTRACTS IN SECRET), TO CARRY OUT THOSE ATTACKS. A TACTIC DESIGNED TO CONCEAL THE U.S. TROOPS SUICIDE RATE FROM THE REST OF THE WORLD. AND THUS, THE STANLEY MILGRAM "OBEDIENCE" EXPERIMENT'S DOWNSIDE. THE PLAINTIFFS' BROTHER SGT. JOSE A. RIVERA, OF THE US ARMY'S PARACHUTE SUPPORT COMPANY, WAS KILLED IN ACTION AROUND NOVEMBER 9, 2003, NEAR MAHMUDIYAH, IRAQ. SGT. RIVERA HAD BEEN TAKING ZOLOFT, LITHIUM, AND OTHER DRUGS, PRESCRIBED BY ARMY DOCTORS WHERE HE WAS STATIONED IN PUERTO RICO. THE PLAINTIFFS/PETITIONERS INSISTS THAT SGT. JOSE A. RIVERA'S UNTIMELY DEATH WAS WHOLLY AVOIDABLE IF NOT FOR THE FRAUDULENT SCHEME OF THE DEFENDANTS/RESPONDENTS.

HISTORICAL FACTS
B

6.) PLAINTIFFS/PETITIONERS REASSERTS AND REALLEGES THE ALLEGATIONS OF FACT CONTAINED IN PARAGRAPHS 1 THROUGH 5 ABOVE. WHICH MAKE IT AXIOMATIC THAT IF THE REAGAN ADMINISTRATION — VIZ, BUSH, WEINBURGER, SCHULTZ, ETC.; BEGAN GROOMING US TROOPS FOR "OPERATION IRAQI FREEDOM" ALMOST 25- YEARS IN ADVANCE, THEN IT CANNOT BE DISCOUNTED THAT THE REAGAN AD-

5.

-ministration did not also plot the destruction of the World Trade Center (WTC) on 9.11.01, which provided the justification for the massive bid-rigging and contract-steering going on in Iraq today. With U.S. corporations and foreign investors in public office shedding light on the World Trade Organization, the European Union Trade Commission, the U.S. Trade Representative, President Bush's new found "Fast Track Trade Authority", and the corporate beneficiaries themselves - viz., Halliburton Corp., Kellogg Brown & Root (KBR), Bechtel, Fluor Corp., Shaw Environmental, Parsons, Earth Tech, CH2M Hill, EFJ, Inc., CTECNA Inspection, SA (U.S. investors); Middle East ASI (U.S. investors), etc. An explanation follows.

7.) On September 11, 2001, several American B-2 stealth bombers and F-117 stealth fighter aircraft joined Canadian B-2 stealth bombers and F-117 stealth fighter jets, in a joint air strike against the WTC in New York City. The pretext was an aerial attack by sky-jacked passenger jetliners (American Airlines Flt 11 & United Airlines Flt 175). When in fact the run up to the events of 9/11 demonstrate a conscious effort by government officials, including without limitation former Presidents George H.W. Bush, and Bill Clinton, former U.S. Attorney General Janet Reno, former U.S. Attorney and his staff Rudy Guiliani, Louis Freeh, and Frances Fragos Townsend (current White House Counter Terrorism Chief). In 1993, Special Agents of the U.S. Department of Justice mobilized a terror cell of Muslim extremists which they had previously groomed as "Manchurian candidate fall guys". Their mission was to detonate an explosive device at 7 World Trade Center. And on February 26, 1993, the Government's secret operatives - viz., Ramzi Ahmed Yousef & Eynd Ismoil Yousef, realized that mission, killing 6-persons in an explosion which occurred in the underground parking area of both the North & South Towers. The Federal Bureau of Investigation knew exactly where to look for suspects (Paterson, New Jersey). An area with a high population frequency of Arab-Americans and Mid-East immigrants. A clear reflection of the FBI's former "Abscam" operation.

5.) Former U.S. Attorney for the Southern District of New York, Mr. Rudy Guiliani, and his former Chief Assistant Mr. Louis Freeh, who was appointed FBI Director on September 1, 1993; and Ms. Frances Fragos Townsend, organized the government's prosecution. The purpose of the mission was to obtain copies of the World Trade Center blueprints and area floor plans by stealth. Which the U.S. Attorney and his staff were able to do. Former New York Governor Mr. Mario Cuomo signed the authorization forms, and Ms. Townsend entered the City Hall Records Annex over a period of 2-years to 1995, together with then Police Commissioner Mr. Raymond Kelly, and began taking a series of detailed digital

z.) Commissioned in 2004-05, as caretaker of Iraq's "Oil-For-Food Program, and by mid-2005, $60-billion in funds generated from the oil-for-food program, were unaccounted for. And the books made part of the menu in cooked by U.N. Security Council Sec'y Mr. Kofi Annan & Company.

6.

photographs, using 8 MB memory cards. And while stealth was the main protocol, Ms. Townsend still left a paper trail of per diem expenses, that included without limitation, digital memory cards, Canon laser printer inkjets, gasoline, mileage, hotel accommodations, and meals. The trick was to photograph WTC blueprints and floorplans, and forward the digital discs and printouts to the nation's nuclear weapons facilities -- viz., Los Alamos, Y-12, and Pantex; by U.S. Postal Service, and other mail carriers -- viz., FedEx & UPS Corp., which also left a record of payment for services.

9.) Government scientists including without limitation, Dr. Wen Ho Lee, and Dr. Hans Bethe, with consultants Dr. Thomas Gosnell of the Lawrence Livermore National Laboratory, and Dr. Anton Zeilinger of the Univ. of Vienna (Austria), collaborating on the development of the "Robust Nuclear Earth Penetrator" or "Bunker Buster" bomb. A device designed to detonate at ground zero, and generate a blast radius of nuclear energy 548' below the ground zero apex. As in straight down. Between midnight and 012:30 hours on September 11, 2001, Air Force One launched from Andrews Air Force Base with President George W. Bush on board. The President left Andrews AFB in Dover, Maryland for MacDill AFB in Tampa, Florida, at pre-dawn hours. And more specifically, at a time when U.S. spy-satellites were recharging solar batteries for the next 4-day cycle. Demonstrating a willful intent by the President to evade satellite detection. Once at MacDill AFB, President Bush proceeded to the officers mess. At no time did the President inspect the troops, or address an honor guard. Which is highly unusual for a Commander-in-Chief to leave off his itinerary. MacDill AFB was transformed into a supply depot in the early 1990s. It is no longer involved in tactical flight operations. After breakfasting at the officers mess, the President proceeded to his brother's personal viranda in Sarasota, Florida. The President's brother is Fla. Gov. Jeb Bush (then & now). And shortly therein after, the President proceeded to the Emma E. Booker Elementary School; where it was reported that he first received notification of the "9/11" attack on the WTC (08:40 hrs).

10.) Rather than returning to MacDill AFB and proceeding to Cape Canaveral in Cocoa Beach, FL; undoubtedly the most secure military installation in the world, and home base of the nation's space shuttle fleet (NASA), the President boarded Air Force One and departed for Barksdale AFB in Shreveport, LA; at around 011:45 hrs on 9.11.01. Albeit, there would have been no possible way of assessing the threat to the country and its President in such a short time. Particularly since the Twin Towers were still standing well past 010:00 hrs. Thus, for the Secret Service to permit the President to launch aboard the (same) type of aircraft that were allegedly attacking U.S. targets -- viz., Boeing 757-200/VC-25, indicates that the President not only had prior knowledge of the 9/11 attack, but that he in fact authorized it by executive order. Not because Air Force One could have been mistaken for an enemy aircraft or "bogie". But rather, because an airborne presidential aircraft would only serve to impede the search efforts of scrambled Air National Guard F-15 CD eagle interceptors. Which is total sacrilege for a former Air National Guard pilot to entertain. Making it axiomatic that protecting American citizens was the furthest from

7.

- THE PRESIDENT'S MIND AND FAR REMOVED FROM REALITY, ISOLATING AN INVIDIOUS DISCRIMINATORY ANIMUS, MALICE AFORETHOUGHT, AND AN ULTERIOR SUBJECTIVE MOTIVE; WITHOUT THE LEAST INDICATION OF RAPPROCHEMENT OR REMORSE, OR BOTH. TO THE CONTRARY, THE PRESIDENT HAS SPENT THE LAST 5-YEARS MODIFYING HIS ORIGINAL STORY, AND TAKING ADVANTAGE OF THE "SPOILS SYSTEM" TO DO IT — I.E. ANOINTING FEDERAL JUDGES AS A SHIELD AGAINST LIABILITY FOR HIGH CRIMES AND MISDEMEANORS, WHICH EQUATES TO BRIBERY.

11.) AFTER THE PRESIDENT ARRIVED AT BARKSDALE AFB ON 9/11, HE LAUNCHED AIR FORCE ONE AGAIN FOR OFFUTT AFB IN OMAHA, NEBRASKA, A WELL KNOWN CIA OPERATING CENTER. TRAINING RECORDS OF JOINT CANADIAN-U.S. B-2 STEALTH BOMBER AND F-117 STEALTH FIGHTER FLIGHT OPERATIONS PRIOR TO 9/11, ARE, NONE THE LESS, ACCESSIBLE TO THE PUBLIC. ON 9/11 THE PRESIDENT DEPARTED FROM OFFUTT AFB IN THE EARLY EVENING AND CROSSED INTERNATIONAL BORDERS INTO CANADIAN AIRSPACE AT WINNIPEG. PROCEEDING ABOARD AIR FORCE ONE TO AN UNDISCLOSED SECRET MILITARY AIR BASE, BETWEEN ST. ANTHONY NEWFOUNDLAND AND HALIFAX, NOVA SCOTIA; BEFORE RETURNING TO ANDREWS AFB, TO DEBRIEF THE 9/11 FLIGHT CREWS. AND WHAT THE PRESIDENT STILL BELIEVES TO BE A CLASSIFIED SECRET, IS BARRED BY HIS OWN INEFFECTIVENESS, THE MILITARY'S INEFFICIENCY, AND, MARKED FOR DISSEMINATION TO THE VOTING/TAXPAYING PUBLIC (PUBLIC DISCLOSURE). FOR INSTANCE, AS THE SON OF A FORMER CIA DIRECTOR, PRESIDENT BUSH HAS DEMONSTRATED TO THE AMERICAN PUBLIC A HABITUAL FORTE FOR ENGAGING IN "DENIAL AND DECEPTION." FROM FALSIFICATION OF HIS SERVICE RECORDS, WHEN HE WAS A TEXAS ANG F-102 RESERVIST WITH THE 111TH FIGHTER INTERCEPTOR SQUADRON (CIRCA 1972) (DOCTORED TRANSFER ORDERS FROM 9921ST AIR RESERVE SQUADRON IN MONTGOMERY, ALA, AND THE 187TH TACTICAL RECONNAISSANCE GROUP IN ALABAMA); TO FALSE INTELLIGENCE REPORTS. THUS, PRESIDENT BUSH'S RECOGNIZABLE INDISCRETIONS HIGHLIGHT THOSE OF HIS FATHER'S. BOTH FATHER AND SON RESTING ON THEIR RESPECTIVE LAURELS. THEIR PENCHANT FOR EVIL DOING, THAT IS. WITH THE RESULT BEING A LOCKED CLOSET FULL OF SKELETONS. OR SKULL & BONES AS THE PRESIDENT MIGHT REFER TO IT. THE PRESIDENT FORGETTING THAT SKELETON KEYS ARE MADE FOR SUCH PURPOSES.

12.) ON SEPTEMBER 11, 2001, THE NORTH AMERICAN AEROSPACE DEFENSE COMMAND CENTER (NORAD), AT CHEYENNE MOUNTAIN, COLO., WAS COMMANDED BY MAJ GEN. ERIC A. FINDLEY AND CAPT'N MICHAEL H. JELINEK, OF THE CANADIAN AIR FORCE. PRESIDENT BUSH PLACED AN EMERGENCY TELEPHONE CALL TO NORAD COMMAND ON 9/11 WHILE STILL ENROUTE TO MACDILL (AIRBORNE). A TELEPHONE CALL LOGGED BY THE U.S. COMMUNICATIONS TEAM. AND AS A DEFLECTION TACTIC PRESIDENT BUSH LEAKED THE VALERIE PLAME STORY. PRESIDENT BUSH'S MISSION WAS TO LAY DOWN A THERMAL PRINT THAT COULD BE PICKED UP BY U.S. SPY SATELLITE ARRAYS. AND THUS, CONFUSE THEIR IMAGING SENSORS. ALLOWING STEALTH BOMBERS AND FIGHTERS TO INGRESS AND EGRESS NEW YORK CITY AIRSPACE WITHOUT BEING DETECTED BY QUICKBIRD, IMAGING, & GPS SATELLITES. NOT A SINGLE SATELLITE PHOTOGRAPH ACCOMPANIED ANY OF THE U.S. GOVERNMENT'S 9/11 REPORTS. NOR WAS A SINGLE SATELLITE PHOTOGRAPH OF AIR FORCE ONE ATTACHED TO SUCH REPORTS. AND IT WAS UNDISPUTED THAT PRESIDENT BUSH TRAVELED TO FLORIDA ON 9/11, AND MADE OTHER EXCURSIONS ON THE (SAME) DAY. IT IS UNUSUAL THAT FEDERAL AVIATION AD-

---

3/ AT NO TIME DID THE SENATE INTELLIGENCE COMMITTEE REASON THAT AIR CANADA JETS MIGHT HAVE BEEN USED IN THE 9/11 ATTACK. ALBEIT, AIR CANADA FLIGHTS WERE OPERATING AT PEAK BUSINESS ON TUESDAY, SEPT. 11, 2001.

5.

ministration data was added to the reports (civilian), along with NORAD findings operating under Canadian military authority; but no such data supplied by the Canadian Aerospace Directorate (FAA counterpart).

13.) The Cold War of the 1980s tried and tested the U.S. & U.S.S.R. [4] spy-satellite network. Each nation venturing into restricted airspace to photograph sensitive military installations. In 1981, U.S. spy-satellites capture the image of a modified Soviet Tupolev TU-22 spy plane over New York City airspace. An aircraft with a 1,370-mi range launched from a Soviet aircraft carrier; following the North Atlantic route established by German war vessels during the Second World War — viz., Bismarck & Prinz Eugen; via Iceland, Ireland, Spain, and Africa; winding up in Manhattan airspace; would certainly approach from Canada. The former Soviet Union made it a hobby to not only detect and photograph U.S. spy planes (Lockheed Martin U-2), but to actually capture them. As in "shoot downs." On September 11, 2001, U.S. & Can. stealth bombers (B-2s), and stealth fighters (F-117s) proceeded to Boston Massachusetts on an intercept vector with AA Flt 11 & UAL Flt 175. Two (2) attack squadron consisting of two (2) B-2 Spirit "Stealth" Bombers, and three (3) F-117A "Stealth" Fighters, in each attack group (Alpha Group & Beta Group).

14.) The Boeing 757-200 jetliners were previously modified with radio-controlled devices similar to that of the Northrup Grumman RQ1A "Global Hawk" and "Predator" drone. The passengers and crew of each jetliner (Flt 11 & Flt 175), were literally trapped in an aircraft that would not respond to pilot commands or visual instrument control. An auto-pilot malfunction aboard each aircraft, as far as pilots could determine. And, not a single audio transmission from the FAA (audio tape). On 9/11 Flt 11 & Flt 175 were radio-controlled by AWACS and "J-Star" aircraft. Both jetliners flying at a minimal altitude of less than 10,000 ft were steered into the twin towers in an effective effort to "shock bomb" the buildings (blowing out roofs and windows), which allowed Alpha & Beta attack groups to deliver their payloads of bunker buster bombs and laser-guided 1000lb/500lb bombs, Hellfire missiles, Harpoon missiles, and TOW missiles armed with neutron warheads. Both commercial flights approached the target (WTC) from a course and vector intended to overlap the course and vector of additional aircraft or runaway-flights (AA Flt 77 & UAL Flt 93). Once the WTC was shock bombed the attack groups delivered their payloads. For what was actually a 1 hr 43 min. sustained nuclear attack.

15.) Each Boeing aircraft used in the attack carried about 300-thousand gallons of hydrazine jet fuel. The President claimed that the fuel caused the twin towers to collapse. Flt 11 struck the North Tower at 08:46 hrs on 9.11.01. Flt 175 struck the South Tower at 09:03 hrs on 9.11.01. Both aircraft impacted above the 78th floor. Many eyewitness, including

---

[4] Expeditionary aircraft

[5] Diverted to Langley AFB under the pretext that Flt 77 was flown into sect. "D" of the Pentagon.

9.

, WITHOUT LIMITATION, POLICE, FIREFIGHTERS, PARAMEDICS, AND RESCUE WORKERS, REPORTED HEARING MULTIPLE EXPLOSIONS ABOVE THE 78TH FLOOR OF BOTH TOWERS ON 9/11. THUS, PRESIDENT BUSH DESCRIBED AN "ACCELERANT FIRE", TO THE COUNTRY DURING HIS STATE OF EMERGENCY ADDRESS THE FOLLOWING DAY. AND IN 5-YEARS NOT A SINGLE EXPERT HAS OFFERED AN ALTERNATIVE; AS TO WHY ALL THE NEWS NETWORKS — VIZ. NBC, CBS, ABC, CNN, C-SPAN 1 & 2, ETC.; SHOW ORANGE FLAMES AND BLACK SMOKE ERUPTING FROM THE WTC. WHEN ACCELERANT FIRES ARE BLUE WITH CLOUD GREY SMOKE TO WHITE SMOKE. JET FUEL EXHAUST IS CARBON MONOXIDE (CO). HYDRAZINE DOES NOT BURN HOT ENOUGH TO PRODUCE AN ACETYLENE TORCH EFFECT TO CARBONIZE CORRUGATED STEEL BUILDINGS. FISSIONABLE NUCLEAR MATERIAL, ON THE OTHER HAND, DOES. SECTION "D" OF THE PENTAGON BUILDING WAS DESTROYED BY A PREDATOR DRONE. NOT A 60-TON BOEING 767-400 JETLINER. THE MOTIVE WAS TO DESTROY PENTAGON RECORDS OF CONTRACT AGREEMENTS WITH CERTAIN AEROSPACE CORPORATIONS THAT MANUFACTURE MISSILE ORDNANCE — VIZ., BOEING, LOCKHEED MARTIN, NORTHRUP GRUMMAN. AND PHARMACEUTICAL SALES CONTRACTS, ALSO — VIZ., MCKESSON CORP., TAP PHAR, FUJISAWA, BOC GROUP, E-Z-EM, INC., BERGEN BRUNSWICK INC., ELI LILLY & CO., PFIZER, INC., GLAXOSMITHKLEIN, MERCK & CO., BRISTOL-MYERS SQUIBB, JOHNSON & JOHNSON, ORGANON USA, ETC. AND CURRENTLY THE PRESIDENT BELIEVES THAT HE CAN AVOID DETECTION BY VIRTUE OF THE BASE REALIGNMENT AND CLOSURE COMMISSION (BRAC); AND THE NATIONAL SECURITY AGENCY DOMESTIC SURVEILLANCE PROGRAM, TO MONITOR INTERNATIONAL PHONE LINES, IN THE AGE OF PRESCRIPTION DRUG IMPORTATION. BUT CF. REPUBLIC OF AUSTRIA V. ALTMANN (S.CT. GLOM). SEE ALSO § 934.01 F.S. (2005) (EAVESDROPPING UPON TELEPHONE CALLS).

## RELIEF SOUGHT

WHEREFORE, PLAINTIFF(S)/PETITIONER(S) DEMANDS JUDGMENT AGAINST THE PARTIES DEFENDANT-RESPONDENT; AND PRAYS THIS COURT GRANT THE FOLLOWING RELIEF:

A.) AN AWARD OF MONETARY DAMAGES IN THE AMOUNT OF TWENTY TRILLION DOLLARS ($20,000,000,000,000.00); IN US CURRENCY, OR THE CURRENT RATE OF EXCHANGE IN EUROPEAN UNION EUROS;

B.) AN ORDER ENJOINING DEFENDANTS—RESPONDENTS FROM ENGAGING IN ANY FURTHER VIOLATION OF PLAINTIFF(S)/PETITIONER(S) RIGHTS, INCLUDING WITHOUT LIMITATION, VIOLATIONS OF THE ALIEN TORT CLAIMS ACT OF 1789, THE ALIEN AND SEDITION ACT OF 1798, AND THE EMBARGO ACT OF 1804;

C.) AN ORDER DECLARING THE RIGHTS OF THE PARTIES;

D.) AN AWARD OF COSTS AND EXPENSES, INCLUDING WITHOUT LIMITATION, REASONABLE ATTORNEY'S FEES; AND,

E.) GRANTING TO PLAINTIFF(S)/PETITIONER(S) SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM JUST.

RESPECTFULLY SUBMITTED,

---

6/ A TACTIC TO DETERMINE WHETHER FOREIGN INTELLIGENCE OFFICERS ARE AWARE OF SUCH FACTS. AND THUS, POISED TO LEAK SUCH INFORMATION TO THE PUBLIC. CAUSING AN INTERNATIONAL INCIDENT. ONE THAT IS ALREADY RIPE FOR THE WORLD COURT, THE INTERNATIONAL CRIMINAL COURT, AND THE INTERNATIONAL WAR CRIMES TRIBUNAL.

10.

ATTACHMENT

6A · TUESDAY, MARCH 30, 2004 · USA TODAY

# Officials: U.S. 'outed' Iran's spies in 1997

### Operation credited with curtailing terrorism support

**By Barbara Slavin**
USA TODAY

WASHINGTON — After a bombing killed 19 U.S. airmen at a barracks in Saudi Arabia in 1996, the Clinton administration struck back by unmasking Iranian intelligence officers around the world, significantly disrupting Iranian-backed terrorism, according to a high-level U.S. official and a former top official who was serving at the time of the operation.

Undisclosed until now, Operation Sapphire took place in 1997. Though the bombers who struck the Khobar Towers barracks were mostly Saudis, U.S. investigators quickly determined that Iranian intelligence officials had trained and organized the plotters. The former U.S. official said Iran was intimidated enough by the U.S. counterspy operation that it stopped targeting Americans after the bombing.

The first public hint of the U.S. operation came last week, when Richard Clarke, White House counterterrorism chief for three administrations, told a bipartisan commission investigating the 9/11 attacks that the Clinton administration responded "against Iranian terrorism ... at Khobar Towers with a covert action."

Asked about Clarke's comments, the two other officials spoke about the operation on condition they not be named. Both had knowledge of the operation when it occurred, and both are motivated to speak now at least in part to defend the Clinton administration's anti-terrorism credentials. Separately, CIA officials declined to comment. They said it was standard practice not to give information about covert activities.

Iran's top official in the USA dismissed questions about the operation. "Iran has never been involved in any terrorism, including terrorism against the United States," said Mohammad Javad Zarif, Iran's ambassador to the United Nations.

The former high-level U.S. official said Operation Sapphire led to the identification of scores of Iranian intelligence officers and the expulsion of some from foreign capitals. "We outed them," he said. "The CIA, working with others, identified every known Iranian in-

telligence operative and made it known that they were known. It resulted in no further manifestation of Iranian terrorism directed against the United States."

Some Iran analysts noticed that Iran-backed groups ended attacks against U.S. targets. "We don't know why the terrorism stopped," said Judith Yaphe, an Iran expert at the National Defense University and former CIA analyst who said left the agency in 1995, before Operation Sapphire. "The general assumption was" that the reason was the 1997 election of an Iranian reformer, Mohammad Khatami, as president. Yaphe said, Khatami ran on a platform of improving Iran's relations with the outside world.

The U.S. officials who talked

### Washington

**Khobar Towers bombing:** The barracks building airmen died. The bombing prompted the United S...

about the o...
discuss deta...
ous ways to...
cers from ri...
rumors at c...
parties; allo...
the officers...
phones kne...
planting stor...
officers offe...
counterparts...
sies. It is n...
those witho...
Identifying...
inhibits thei...
cause they...
watched. T...
tion also ca...
that officers...
perhaps, de...
their identi...

**New Mexico:** Albuquerque — A retired Los Alamos National Laboratory scientist said he's shutting down a blog he launched for lab workers. Doug Roberts, who worked at the lab for 20 years, said it's time to move on. The blog contained postings from mostly anonymous lab workers who targeted work conditions and perceived weak morale at the lab.

USA TODAY 2.23.05

---

*Handwritten annotations:*

Los Alamos scientists alleged that Iranian spies had stolen computer discs, memory cards, and other data storage devices from the facility in 2004. However the CIA's operation sapphire had identified all Iranian intelligence officers in 1997 making it hard to believe that the government would have still hired such persons to work at the nations leading nuclear weapons plant.

ATTACHMENT

WAS ACTUALLY STATE LAUNDERED SOFT-MONEY, AS OPPOSED TO PRIVATE FUNDS AND ANY OTHER CASH EXPENDITURES THAT MAY HAVE GONE AND MOST LIKELY DID GO TO FINANCING CAMPAIGN ADS AFTER ACCEPTING THE REPUBLICAN PARTY'S NOMINATION. MIGHT BE CONNECTED TO THE ILLEGAL SOFT-MONEY. GG

Vincent F. Rivera
S18548
Florida State Prison
7819 NW 228th St
Raiford FL 32026

LEGAL MAIL ONLY

TO: