UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VINCENT F. RIVERA, # 515548,
AS NEXT FRIEND FOR JOSE A. RIVERA,
SERGEANT, U.S. ARMY,

    PLAINTIFF(S)/PETITIONER(S),

V.

PRESIDENT GEORGE WALKER BUSH, ET AL.,

    DEFENDANTS - RESPONDENTS.

CS. NO. 06  161

FILED
MAR 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

PLAINTIFF(S)/PETITIONER(S) MOVES THE HONORABLE COURT PURSUANT TO 28 USC § 1915 (AS AMENDED), FOR A LEAVE TO PROCEED IN FORMA PAUPERIS. MR. RIVERA SUBMITS THAT HIS IMPECUNITY PREVENTS HIM FROM PAYING THE $250.00 FILING FEE, OR GIVING SECURITY THEREFORE. NONE THE LESS, THE FACTS GIVING RISE TO THE INSTANT CASE REPRESENT A SOURCE OF INFORMATION THAT CANNOT BE WITHHELD FROM THE PUBLIC. INFORMATION THAT, NEEDLESS TO SAY, COMPELS FEDERAL INTERVENTION WHETHER MR. RIVERA PREPAYS THE COURT FEES V.EL. NOW. AS A MATTER OF FACT, FEDERAL INTERVENTION IS MANDATORY IN THIS CASE. AND WHILE THE PRESIDENT MAY HAVE HIS SIGHTS TRAINED ON LIMITING AND/OR OBSTRUCTING THE PUBLIC'S KNOWLEDGE OF SUCH INFORMATION. THE LAW MAKES IT CLEAR THAT THE PUBLIC HAS A RIGHT TO EVERY MAN'S EVIDENCE. BUT CF. JAFFEE V. RED-MOND, 116 S.CT. 1923 (1996). IN SUPPORT OF THIS MOTION, MR RIVERA WOULD SHOW:

    1.) THE PRISON BELT IS A PROVING GROUND FOR THE DEVELOPMENT OF TRADE SECRETS AND MARKETING STRATEGIES TIED TO A CORPORATE CULTURE. PRIVATE COMPANIES CONTRACTING WITH THE PRISON SYSTEM (STATE TO STATE); WHOSE BODY OF MAJORITY SHAREHOLDERS ARE GOVERNMENT OFFICIALS - VIZ, THE PRESIDENT, SENATORS, CONGRESSMEN, JUDGES, GO-

GOVERNORS, U.S. ATTORNEYS, STATE ATTORNEYS, PUBLIC DEFENDERS, MAYORS, ETC., ARE AFFORDED FREE LABOR FOR CLINICAL TRIALS ON PATENTABLE DRUGS, AND FOOD SERVICES, ALSO. THE TERM IS CALLED "PRISON INDUSTRY ENHANCEMENT" OR "PIE." BUT WHAT IT ACTUALLY AMOUNTS TO IS FORCED LABOR, INVOLUNTARY SERVITUDE, AND/OR SLAVERY. THE PRISON LITIGATION REFORM ACT, P.L. NO. 104-134, 110 STAT. 1321 (APR. 26, 1996), WAS DESIGNED TO PREVENT PRISONERS FROM CREATING ADEQUATE RECORDS OF SUCH ABUSES—I.E., TORTURE, VIOLATION OF FEDERAL NARCOTICS LAW, INTERSTATE COMMERCE IRREGULARITIES, CHURCH & STATE VIOLATIONS, ETC. ALL THE NECESSARY INGREDIENTS FOR THE CREATION OF A "POLICE STATE" IN AMERICA. THE "WAR ON TERROR" BEING THE PRETEXT.

2.) A POLICE STATE REPRESENTS THE RESULT OF THE PRESIDENT'S EFFORTS. HOWEVER, THE TACTICS INVOLVED REPRESENT A PRECONCEIVED NOTION THAT ONLY THE GOVERNMENT'S INTEREST MATTERS. AND THAT THE PUBLIC COUNTS FOR LITTLE MORE THAN MIDDLE AGES-LIKE SERFDOM. IT IS FAR TOO OBVIOUS THAT THE PRESIDENT IS TRANSFORMING THE GOVERNMENT INTO A MONARCHY. ACCORDING TO THE CONGRESS THE PRESIDENT ALREADY THINKS HE IS THE KING.

"BUSH IS THE PRESIDENT, NOT A KING."
— SEN. RUSS FEINGOLD, D-WIS.

(QUOTING FROM USA TODAY, DECEMBER 20, 2005).

THE PRESIDENT IS SHAPING THE FEDERAL BENCH WITH THE NOMINATION OF JUDGES, AND GOP INITIATIVES TO ELIMINATE FILIBUSTERS (THE SPOILS SYSTEM). AS IN THE KING'S BENCH; THE (PLRA) IMPAIRS THE GOVERNMENT'S RECORDKEEPING FUNCTION. BECAUSE UNDERLYING THE "POLICE STATE" GROUNDWORK PLAN IS THE FORMATION OF A NEO-CONFEDERACY. AS IN SECESSION, WHICH MEANS THAT SECESSIONISTS—VIZ., 37-DEATH PENALTY STATES, ARE SUBVERTING NATIONAL SOVEREIGNTY; FORCING THE U.S. GOVERNMENT TO CEDE TERRITORY TO THEIR FORMER HOST COUNTRIES OR PROTECTORATES—VIZ., SWEDEN, SPAIN, THE NETHERLANDS, FRANCE, MEXICO, ENGLAND, AND CANADA. THE IDEA BEHIND THE PLRA IS TO ACTUALLY PREVENT FOREIGN INTELLIGENCE OFFICERS—VIZ., MOSSAD, SHIN BET, KATSAS, SAYANIM, YAHALOMIN, LSDN, OSIS, PIS, MIS, MI6, DGSE, ETC., WHOM MONITOR THE COURT'S WEBSITE, CASE MANAGEMENT/ELECTRONIC CASE FILE, AND PACERNET, FROM ACQUIRING INFORMATION ABOUT COVERT PRISON ENFORCEMENT OPERATIONS. THE SECESSIONIST STRATEGY CREATED THE FALSE JUSTIFICATION FOR PRESIDENT BUSH TO CONDUCT "DANIEL BOONE OPERATIONS" IN FOREIGN COUNTRIES. THOSE NATIONS WHICH HAVE A VESTED INTEREST IN THE AUTO-
INTEL-1 (SWEDEN), LGNS (CHINA), MI6 (UK), CFS (IRAN), ETC.

- NOMOUS AREAS, WHICH INCLUDES WITHOUT LIMITATION, DELAWARE, FLORIDA, ILLINOIS, ALABAMA, ARIZONA, ARKANSAS, KENTUCKY, TENNESSEE, NEVADA, TEXAS, LOUISIANA, MISSISSIPPI, OREGON, ETC. IN SEPTEMBER 2003, SWEDEN'S FOREIGN MINISTER ANNA LINDH WAS ASSASSINATED AT THE HANDS OF A GROOMED MANCHURIAN CANDIDATE. SWEDEN WOULD BE CONSIDERED THE PROTECTORATE OF DELAWARE UNDER THE PRESIDENT'S SECESSIONIST SCHEME. IF PRESIDENT BUSH IS WILLING TO PROCURE MERCENARIES IN IRAQ AND AFGHANISTAN, THEN PROCUREMENT IN THE EUROPEAN UNION NATION OF SWEDEN GOES WITHOUT SAYING. ON MARCH 11, 2004, A COMMUTER TRAIN IN MADRID, SPAIN WAS THE TARGET OF A BOMBING. 200 PERSONS LOST THEIR LIVES. SPAIN IS THE MOTHERLAND OF TERRO FLORIDA DATING BACK TO THE 15TH CENTURY. AND, ON JULY 7, 2005, A PASSENGER TRAIN IN LONDON, ENGLAND WAS BOMBED KILLING 37-PASSENGERS. ENGLAND WOULD OF COURSE HAVE ANCESTRIAL CLAIMS TO AUTONOMOUS AREAS IN AMERICA.

3.) PRESIDENT BUSH IS WELL AWARE OF HIS UNLAWFUL ACTIVITIES IN THE ONGOING PROSECUTION OF THE WAR IN IRAQ AND AFGHANISTAN, AND THE WAR ON TERROR. A SCHEME THAT ACTUALLY UNDERMINES THE PRESIDENTS OWN FOREIGN TRADE POLICY. BECAUSE SECESSION IS MILITARY IN NATURE. AND YET, THE PRESIDENT IS ONLY TAKING MILITARY ACTION AGAINST HOST COUNTRIES. THE HARD FOUGHT AMERICAN CIVIL WAR (1861-65), MADE THE FEDERAL UNION'S POSITION CLEAR. THE STATES HAVE NO RIGHT TO SECEDE. FORMER PRESIDENT JAMES BUCHANNON ESTABLISHED THAT FACT IN 1857. AND 150-YEARS LATTER IT MUST STILL BE TRUE. SINCE THE PRESIDENT IS SECRETLY CONSPIRING WITH THE GOVERNORSHIPS OF THE 37-DEATH PENALTY/LETHAL INJECTION STATES TO FORM A NEO-CONFEDERACY ALONG THE (SAME) PLATFORM AS THE HISTORIC CONFEDERACY - I.E., IMPORT-EXPORT/FOREIGN COMMERCE. THE PRESIDENTS NEW FOUND "FAST TRACK TRADE AUTHORITY" SHEDS AMPLE LIGHT ON THE SUBJECT. SEE DRED SCOTT V. SANFORD (S.CT. 1857), LOW V. AUSTIN, 13 WALL 29 (1872); IN RE KAINE, 55 US (14 HOW) 103, 110 (1852); U.S. V. KLEIN, 80 US (13 WALL) 128 (1872); SLAUGHTERHOUSE CASES, 83 US 36, SC (1872). SEE ALSO REID V. COVERT, 77 S.CT. 1222 (1957).

4.) THE PRESIDENT'S DOMESTIC SURVEILLANCE PROGRAM IS A HOAX AIMED AT MONITORING INTERNATIONAL PHONE CALLS THAT WOULD ALERT THE NATIONAL SECURITY AGENCY (NSA) [1] AS TO WHETHER OR NOT FOREIGNERS, LEGAL RESIDENTS, AND CITIZENS (AT LARGE) ARE AWARE OF THE PRESIDENT'S HIGH CRIMES AND MISDEMEANORS. FOREIGNERS, LEGAL RESIDENTS, AND CITIZENS THAT DOUBLE AS FOREIGN INTELLIGENCE OFFICERS, THAT IS. TWO (2) POINTS THAT THE COURT MUST CONSIDER. SINCE THE PLRA IS NOTHING MORE THAN A FRONT FOR THE FOREIGN INTELLIGENCE

---

[1] SEE ART. 1, S8, CLS 1 & 3, U.S. CONST.

Surveillance Act of 1978 (FISA). First and foremost, the question which eludes the answer must none the less be resolved.

> "I'm going to focus on 'war on terror' questions: When does the Executive Branch's power end and when does Congress' power end[?]"
>
> — Sen. Lindsey Graham, R-SC
>
> (Quoting from USA Today, January 5, 2006).

A Commander-in-Chief that ignores the emerging threat of secessionist is either incompetent or committing treason. In either case, such action impairs the Congress' ability to guarantee "public safety." Thus, the Commander-in-Chief must be relieved of his duties. Which means that the Congress' war power must override the President and do not end until the Commander-in-Chief is replaced. The Nixon-to-Ford administration is (was) a similar circumstance, making the continued soft-pedaling on the Graham question a matter of "public concern" and "public scrutiny," as well.

5.) The second point concerns the practical effect of the domestic surveillance program — i.e., eavesdropping on little old ladies with familial ties to the old country, and their children, whom just might be business executives of foreign corporations that compete with American companies under government contract — viz., Cotecna Inspection, SA, Middle East ASI, Citgo, Vuitton et Fils, Sony Corp., Oracle, Shanghai Pharmaceutical Group, Alfa Bank, Teva Pharmaceuticals, I-Save Rx, Harrods of London, HSBC Holdings, Chiron Corp., EN China, Statoil, Pertamina Refineries, Inc., Yanuan, British Petroleum (BP), China National Offshore Oil Corp (CNOOC), China Union Oil, Yukos, Northern Oil Co., Petroleos de Venezuela SA (PDVSA), Raiffeisen Bank, Arab Bank, Saudi Aramco, OCBC Bank, Rhone-Poulenc, Hoffman-La Roche, Syngenta, Vodafone, British Airways, Air Canada, Teekay Shipping, Jetstar Asia, Valuair, Air Asia, One-Two-Go, Tiger Airways, Air France, Nok Air, Airbus, Canadian Cable TV Assoc., SAP, Retek, Hufvudstaden, Anglo-American, Oasis Hotels, Star Ferry Co., Arcelor SA, OAO Gazprom, OAO Severstal, CSN, Companhia Siderurgica Tubarao, Usinor, Conrad Hotels, the Hanwha Group, Sandi Sands Reserve, Lenovo, AB LM Ericsson (Sweden), Easy Cruise (Stelios Haji Enterprises), Eurocopter Corp., Yediot Ahronot, Ha'aretz, Asahi Shimbun, Hollinger Int'l (Conrad Black), London Daily Times, The Sun, Goteborgs-

3/ cf. Patricia Wilson, Reuters Internet News page, October 26, 2001

• POSTEN (SWEDISH NEWSPAPER), EAGLE RIDER RENTALS, THE SYSTEMA GROUP, THE UK INDEPENDENT, MAROLINI CHOCOLAT, GALLER CHOCOLATES, NESTLE'S Co., ANTON BAUER WINERIES (AUSTRIA), PIPER-HEIDSIECK COMPAGNIE S.A., SUNTORY DISTILLERIES, THE TWELVE APOSTLES HOTEL (SOUTH AFRICA), WATERSIDE INN (ENG.), THE FAT DUCK RESTAURANT (ENG.), HOTEL DE LA PORTE DOREE, BOWMORE DISTILLERS INC., MACALLAN WHISKY Co., ARDBEG DISTILLERY, MARTINI & ROSSI ESTATE WINES, VILLA BECCARIS WINE CELLARS, BAROLO WINERIES, ALDO CONTERNO WINES, ETC.

6.) THE FACTS ALLEGED HEREINUNDER MAKE IT CLEAR THAT PRESIDENT BUSH'S SO-CALLED DOMESTIC SURVEILLANCE PROGRAM IS NOTHING MORE THAN A SELF-PERPETUATING AND EMBRYONIC PROPHYLACTIC SOLUTION. ONE THAT SHIFTS THE BLAME WHERE IT DOES NOT BELONG. AND, AS IT DEVELOPES, ONE CAN PREDICT THE NEXT PHASE OF ITS ENFORCEMENT WITH EAGLE RESOLUTION — I.E., INDUSTRIAL SPYING/SABOTAGE. IT FOLLOWS THAT PUBLIC AGENCIES, PRIVATE COMPANIES, AND NON-PROFIT GROUPS OFFERING ONE-TO-ONE COUNSELING TO U.S. CITIZENS, LEGAL RESIDENTS, IMMIGRANTS, AND EXCHANGE STUDENTS; SEEKING ADVISE FROM THEM ON VARIOUS TOPICS — I.E. HEALTHCARE PROVIDERS, MEDICAL CONSULTANTS, PREMIUMS, CO-PAYMENTS, HMOS, DRUG FORMULARIES, REHAB CENTERS, AND HOSPITALS; WHICH HAPPEN TO BE IN FOREIGN COUNTRIES WOULD NECESSARILY HAVE AS MUCH RIGHT TO PRIVACY AS THEIR CUSTOMERS. PARTICULARLY IN THE AGE OF PRESCRIPTION DRUG IMPORTATION AND HEALTHCARE REFORM. THUS, THE COURT MUST LOOK TO STARE DECISIS, OR THE IS CUE, FOR A SOLUTION. BECAUSE ITS POWER TO PREVENT DUPLICATIVE AND UNNECESSARY LITIGATION SEEMS TO BROADEN UNDER THE PRESIDENT'S DOMESTIC SURVEILLANCE SCHEME — I.E., S 215 OF THE USA PATRIOT ACT HAS THE (SAME) PRACTICAL EFFECT. THUS, EAVESDROPPING ON INTERNATIONAL PHONE CALLS WITHOUT A WARRANT, DOES MORE TO INCRIMINATE THE PRESIDENT, IN HIGH CRIMES AND MISDEMEANORS, THAN IT COULD POSSIBLY DO TO PREVENT ANOTHER 9/11. SINCE ALL THE FACTS INDICATE THAT 9/11 WAS ENGINEERED OR ORCHESTRATED BY AND THROUGH THE AEGIS OF THE U.S. GOVERNMENT. AND WHAT BETTER PLATFORM FOR LAUNCHING DANIEL BOONE OPERATIONS ABROAD, COULD THE PRESIDENT HAVE THAN BUGGED PHONE LINES. SEE RECORD AND COURT FILE IN CHERI J. HUTTER V. NCO FINANCIAL SYSTEMS, INC., CS. NO. 04 CV 2266 (SD/CA); DUPREE V. NCO FINANCIAL SYSTEMS INC., CS. NO. CV 2266 DMS (RBB) (SD/CA).

7.) IN DECEMBER 2001, SHORTLY AFTER THE USA PATRIOT ACT WAS CONCEIVED, DRAFTED, DEBATED, AND ENACTED, THE CONGRESS COMPLETED AN 800 PG. REPORT ON THE EVENTS OF 9/11. IN JANUARY 2002, THE THEN HOUSE INTELLIGENCE COMMITTEE CHAIRMAN, REP. PORTER GOSS, R-FLA, SUPPLEMENTED THE 800 PG CONGRESSIONAL REPORT WITH 27-PGS ON A TERROR SUSPECT NAMED "OMAR AL-BAYOUMI." THE GOSS REPORT ALSO REFERRED TO THE THEN DCI, MR. GEORGE TENET'S PRESIDENTIAL DAILY BRIEFS (PDBS), AND THE WEAPONS OF MASS DESTRUCTION FARCE WHICH INITIATED THE IRAQ INVASION BY U.S. FORCES. MR. GOSS STATED IN HIS SUPPLEMENT THAT MR. OMAR AL-BAYOUMI WAS A SAUDI ARABIAN AIRLINE OFFICIAL WHO GAVE FINANCIAL AID AND OTHER ASSISTANCE TO THE 9/11 TERRORISTS (AL-QAEDA). THE SENATE INTELLIGENCE COMMITTEE COMPLETED ITS FINAL REPORT ON PREWAR INTELLIGENCE FAILURES IN IRAQ, AROUND JULY 7, 2004. THE 9/11 COMMISSION COMPLETED ITS FINAL REPORT 1-WEEK LATER. MORE THAN 1000-PAGES BETWEEN THE TWO (2) AGENCIES. AND NOWHERE CAN THE NAME "OMAR AL-BAYOUMI" BE FOUND. OVER THE 2½-YEAR PERIOD BETWEEN THE 9/11 ATTACK ON THE USA AND THE FINAL REPORTS OF THE SENATE INTELLIGENCE COMMITTEE AND THE 9/11 COMMISSION, THE NAME "OMAR AL-BAYOUMI" TRANSFORMED INTO THE NAME "MOHDAR ABDULLAH," A YEMENI STUDENT ILLEGALLY

4/: PETROCHINA, XIAN DAI CHEMICAL FACTORY, JIM BEI YO QI, J. LITTLE & SCHNE, LE QUARTIER,

ENROLLED AT SAN DIEGO STATE UNIVERSITY; SAID TO HAVE PROVIDED AID TO ZIAD JARRAH, MOHAMMED ATTA, AND MARWAN AL-SHEHHI, THREE (3) OF THE 9/11 HIJACKERS. THE GOVERNMENT'S FATAL MISTAKE. SEE RECORD AND COURT FILE IN MARIANI V. BUSH, CS. NO. 03-5273 (ED/PA). OPENING THE CLOSET DOOR ON A HORDE OF SKULL & BONES, INCLUDING WITHOUT LIMITATION, THE REMAINS OF THE KOREAN WAR AND VIETNAM WAR, ETTN MUKHOUS, AND PRESIDENT JFK, WHICH MARK THE EVOLUTIONARY PATH OF ANCESTRY OF THE CURRENT PRESIDENT'S BLUE PRINT.

WHEREFORE, PLAINTIFF(S)/PETITIONER(S) PRAYS THIS COURT GRANT THIS MOTION.

DATED: RAIFORD, FLORIDA
FEBRUARY 27, 2006.

Respectfully submitted,
VINCENT F. RUGGIERO/JESUS
FLORIDA STATE PRISON
7819 NW 228th ST
RAIFORD, FL 32026
PRO SE

ETC.

5. THE CLINTON ADMINISTRATION HAD SEVERAL SKELETONS IN THE CLOSET THAT THE PUBLIC IS (WAS) AWARE OF — TO WIT: SOMALIA, BRANCH DAVIDIANS, MR. VINCENT FOSTER, APPOINTMENT OF 375 FEDERAL JUDGES, WHITEWATER, HILLARYCARE, OK BOMBING, BOSNIA, AMTRAK/FREEMAN STANDOFF, LINE ITEM VETO BILL, OLYMPIC PARK BOMBING, RE-ELECTION CAMPAIGN, MADELEINE ALBRIGHT, HAROLD NICHOLSON SPYING CASE, JAMES McDOUGAL, UNABOMBER MANIFESTO, JONESBORO, ARK. ELEMENTARY SCHOOL KILLINGS, MONICA LEWINSKY, INDEPENDENT COUNSEL KENNETH STARR, U.S. EMBASSY BOMBINGS IN KENYA & TANZANIA, AUG. 20, 1998 US AIR STRIKES IN AFGHANISTAN, PAULA JONES SEXUAL HARASSMENT SUIT, IMPEACHMENT TRIAL, J. DENNIS HASTERT, R-IL, DR. JACK KEVORKIAN, 78-DAY BOMBING IN KOSOVO, YUGOSLAVIA, COLUMBINE H.S. SLAYINGS, AND THE $206 BIL. TOBACCO SETTLEMENT WITH THE STATES. THE MOST PROMINENT MATTER, AND PERHAPS THAT WHICH REQUIRES THE LEAST FLESHING-OUT, IS THE PENTAGON PAPERTRAIL LEADING FROM PRESIDENT BILL CLINTON'S SIGNATURES ON DEFENSE CONTRACTS FOR GROUND LASER DESIGNATORS, LASER RANGE FINDERS, AND LASER POINTERS, PRESIDENT GEORGE W. BUSH'S SIGNATURES ON DEFENSE CONTRACTS FOR THE SAME LOGISTICS, AND THEIR DISPOSITION. THE INSTANT ACTION PRESENTS CREDIBLE INFORMATION THAT MAY CONSTITUTE GROUNDS FOR IMPEACHMENT OF PRESIDENT GEORGE W. BUSH. NOTWITHSTANDING THE DEFLECTION TACTICS. IF THE NSA, THE CIA, AND THE FBI, CAN GLEAN INFORMATION FROM A BUGGED CONVERSATION BETWEEN A TRAVEL AGENT AT NORWEGIAN CRUISE LINE LIMITED AND A HANDICAPPED U.S. CITIZEN VISITING HIS SON AT THE U.S. ARMY HOSPITAL IN LANDSTUHL, GERMANY; BOOKING RESERVATIONS STATESIDE; THEN THE GOVERNMENT CAN CERTAINLY DISCLOSE TO THE PUBLIC HOW SUCH INFORMATION PROTECTS THE PUBLIC AND THE PUBLIC'S CIVIL LIBERTIES.

6. THE PIRA CREATES A WAY FOR STATE PRISON OFFICIALS, AND PRIVATE COMPANIES CONTRACTING WITH THE PRISON BELT, TO MENTALLY AND PHYSICALLY TORTURE U.S. CITIZENS, AND SUBJECT THEM TO AN OFFICIAL POLICY OF FORCED LABOR, UNDER THE GOVERNOR'S SIGNATORIES (STATE TO STATE). IN FLORIDA STATE LEGISLATORS — VIZ, REP GUS BARREIRO, R-MIAMI BEACH, AND REP DAN GELBER, R-MIAMI ARE PER MEMBERS OF THE HOUSE APPROPRIATIONS COMMITTEE, WHOM APPROPRIATE $2-BIL ANNUALLY TO BUSH FAMILY COMPANIES CONTRACTING W/ FDOC — VIZ. ARAMARK INC., SYSCO CORP., & WEXFORD HEALTH SVCS.; AND OTHER CORPORATIONS (McKESSON, PFIZER, ABBOTT LABS, ETC.) INS., USING THE APPARATUS OF THE STATE TO GENERATE REVENUE FOR MAJORITY SHAREHOLDERS IN PUBLIC OFFICE.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY HEREOF WAS FURNISHED BY U.S. MAIL OR HAND-DELIVERED TO: M. JANE BRADY, ATTY. GEN., CARVEL STATE OFFICE BLDG., 820 N. FRENCH ST., 5TH FL, WILMINGTON, DE 19801, THIS ___ DAY OF FEBRUARY 2006.

VINCENT F. RIVERA