DATED: RAIFORD, FLORIDA
FEBRUARY 27, 2006

cc/ VINCENT F. RIVERA #155515
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FL 32026
PRO SE

06   161

FILED
MAR 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MEMORANDUM OF LAW

THE PRESIDENT AND COMMANDER-IN-CHIEF, MR. GEORGE WALKER BUSH, IS NOT ABOVE THE LAW. HIS HYPOCRISY MUST BE MADE A MATTER OF PUBLIC DISCLOSURE. BECAUSE DEFINING THE TERM HYPOCRITE IN THIS CASE REFLECTS AN OUTLAWED PRACTICE - VIZ, GOVERNMENT IN THE SUNSHINE. AND WHILE THE PRESIDENT'S PRETENTIONS, RUSES, AND SCHEMES ARE ONGOING. THEY ARE INEFFICIENT AND INEFFECTIVE. THE PRESIDENT HAS ONLY MANAGED TO SHOW THE WORLD THAT HE IS READY, WILLING AND ABLE TO TRADE "PUBLIC SAFETY" FOR "CAPITAL GAINS" IN GLOBAL MARKETS. AND THAT BEING INDIFFERENT TO THE VALUE OF HUMAN LIFE IS OF NO CONSEQUENCE TO HIM. AND YET HIS METHODS ARE OF SUCH A SHODDY DESIGN, THAT THE ONLY RECOURSE WOULD BE TO ASSESS LIABILITY FOR HIGH CRIMES AND MISDEMEANORS, AS THE CONSEQUENCE OF HIS TACTICAL MISTAKES - IE, CRIMES AGAINST HUMANITY, GENOCIDE, TREASON, ETC. THE PRESIDENT BELIEVES THAT HIS EFFORTS IN BID-RIGGING, CONTRACT-STEERING, MONEY-LAUNDERING, AND OTHER ECONOMIC CRIMES, ARE EFFECTIVELY DEFLECTING THE PUBLIC'S ATTENTION AWAY FROM THE GOVERNMENT'S SECRET SPACE PROGRAM, AND HUMAN REPRODUCTIVE CLONING EXPERIMENTS. WHICH IS SIMPLY NOT TRUE. THUS, DEFEAT OF THE PRESIDENT'S SECRET SCHEMES ONLY PROVES THAT THE PRESIDENT ONLY SOUGHT TO LINE HIS POCKETS, AT PUBLIC EXPENSE. WHICH NO BRIBE IN THE WORLD CAN CHANGE.

> THE AMERICAN PEOPLE EXPECT ME TO DO EVERYTHING IN MY POWER UNDER OUR LAWS AND CONSTITUTION TO PROTECT THEM AND THEIR CIVIL LIBERTIES. AND THAT IS EXACTLY WHAT I WILL CONTINUE TO DO.
> — PRES. GEORGE W. BUSH

(QUOTING FROM USA TODAY, DECEMBER 29, 2005).

VINCENT F. RIVERA

11.