UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

VINCENT F. RIVERA, #518548,
PLAINTIFF(S)/PETITIONER(S),

CS. NO. 1:06 CV 161 UNA
JUDGE: GREGORY M. SLEET

v.

PRESIDENT GEORGE W. BUSH, ET AL,
DEFENDANTS/RESPONDENTS.

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 3/21/06 FOR MAILING.
INMATES INITIALS ___VR___

FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO AMEND THE COMPLAINT

BD scanned

PLAINTIFF(S)/PETITIONER(S) VINCENT F. RIVERA, #518548, REQUEST THIS HONORABLE COURT GRANT HIM LEAVE TO AMEND THE INITIAL COMPLAINT, IN ACCORDANCE WITH AND PURSUANT TO FED. R. CIV. PRO., RULE 15. AS GROUNDS THEREFORE, PLAINTIFF(S)/PETITIONER(S) WOULD STATE:

1. THIS HONORABLE COURT, BEING BOTH FULLY FAMILIAR WITH ALL OF THE PLEADINGS AND PROCEEDINGS HEREINBEFORE HAD HEREINUNDER, AND FULLY ADVISED IN THE PREMISES; MUST NOT ALLOW "JUDICIAL ACTIVISM" TO REPLACE ITS GOOD JUDGMENT. OTHERWISE, THE SITTING JUDGE'S POSITION SHIFTS FROM "IMPARTIALITY OF JUDGMENT" TO "FRODI ONOREVOLI". AND HIS CONSTITUTIONAL OBLIGATION TO THE PUBLIC - I.E., SAFEGUARDING THE RIGHTS, PRIVILEGES, AND IMMUNITIES GUARANTEED BY THE FEDERAL CONSTITUTION; BECOMES ENTANGLED WITH THE WIDESPREAD CORRUPTION THAT HAS PLAGUED THE REMAINING TWO (2) BRANCHES AS OF LATE. COMPARE PARROTT V. TAYLOR, 451 S.CT. 527 (1981), WITH ALLEN V. MCCURRY, 101 S.CT. 411 (1980). IN FOMAN V. DAVIS, 83 S.CT. 227 (1962), THE U.S. SUPREME COURT HELD THAT LEAVE TO AMEND SHOULD BE FREELY GIVEN.

2. FURNISHING THE COURT WITH MORE INFORMATION RELATED TO THE ISSUES AT HAND ILLUSTRATES A PUBLIC ENTITLEMENT TO THE (SAME) INFORMATION, AS A MATTER OF CLEAR LEGAL RIGHT. ACCORD JAFFEE V. REDMOND, 116 S.CT. 192 (1996). PARTICULARLY BECAUSE SUCH INFORMATION CREATES A WAY FOR THE PUBLIC TO ASSESS THE APPLICABILITY OF SUBSTANTIVE RIGHTS AND LIABILITY. MAKING IT UNLAWFUL TO WITHHOLD SUCH INFORMATION. BUT CF TAX ANALYSTS & ADVOCATES V. I.R.S., 505 F.2d 350 (1974). IN THIS CASE, WHAT THE PRESIDENT WOULD LIKE THE PUBLIC TO DIGEST AS NATIONAL SECURITY ISSUES AND GOVERNMENT SECRETS; ARE ACTUALLY ILLEGAL MARKETING STRATEGIES AND TRADE SECRETS EMPLOYED BY A NETWORK OF GOVERNMENT BACKED CORPORATIONS THRIVING IN THE PRISON BELT (STATE-TO-STATE). THE PRISON BELT IS ACTUALLY THE PROVING GROUND FOR MANY OF THE PRESIDENT'S ECONOMIC, FOREIGN, AND NATIONAL SECURITY POLICIES. ALL UNDER A PROTOCOL DUBBED "BOOT CAMP" BY THE U.S. BUREAU OF PRISONS. SEE 1.14.05 MEMO FROM U.S. BUREAU OF PRISON DIRECTOR HARLEY LAPPIN, TO ALL

FEDERAL JUDGES, PROSECUTORS, AND PUBLIC DEFENDERS, REGARDING THE "BOOT CAMP" PROGRAM (INTENSIVE CONFINEMENT).

3. IN BRIEF, THE GOVERNMENT CREATED THE PRISON INDUSTRY ENHANCEMENT (PIE) SCHEME, TO ACTUALLY PILLAGE TAX DOLLARS VIA PRIVATE COMPANIES CONTRACTING WITH THE PRISON SECT. WHOSE MAJORITY SHAREHOLDER BASE IS COMPRISED OF PUBLIC OFFICIALS. THUS, ALLUDING TO THE ILL-FATED PRACTICE OF "EARMARKING." PIE REPRESENTS A MULTI BILLION DOLLAR CONTRACT-STEERING, BID-RIGGING, MONEY-LAUNDERING, AND INFLUENCE PEDDLING OPERATION; CULMINATING IN ILLEGAL "SON-OF-BOSS" TAX SHELTERS AND TAX EVASION. THE SEVERAL STATES POUR TAX REVENUES INTO PIE COMPANIES SUCH AS ARAMARK INC., SYSCO CORP., PFIZER INC., ELI LILLY & CO., MERCK & CO., GLAXOSMITHKLEIN, SCHERING-PLOUGH, MCKESSON, ETC.; DISTRIBUTING CONTRACTS AND FEES UNDER THE GOVERNOR'S SIGNATORIES. THE PIE COMPANIES SHARE ANYWHERE FROM $1 - $6 BILLION, ANNUALLY. WHICH AMOUNTS TO MORE THAN $100-BILLION TAX DOLLARS A YEAR IN "KICKBACKS," LAUNDERED ASSETS, AND CORPORATE POLITICAL DONATIONS. IN FISCAL 2003, CALIFORNIA'S PIE OPERATIONS POURED $5.4.B INTO PRIVATE FIRMS, TEXAS $3.6 BIL, NEW YORK $2.6 BIL, MICHIGAN $1.87 BIL, PENN. $1.78 BIL, FLORIDA $1.75 BIL, NEW JERSEY $1.3 BIL, GEORGIA $1.26 BIL, AND ILLINOIS $1.24 BIL. THE LEADING STATES. SEE 41 USC § 53, ANTI KICKBACK ACT OF 1986.

4. THE PATTERN OF EARMARKS BY GOVERNMENT OFFICIALS HAS BECOME MORE PREDOMINANT OVER THE PAST 3-- YEARS. MAKING IT CLEAR THAT GOVERNMENT OFFICIALS, AS SHAREHOLDERS OF THE PIE COMPANIES, ARE INCREASING INITIATIVES THAT DIRECTLY AFFECT THE PIE SCHEME (PORK PROJECTS). AN INCREASE FROM 2,000 PORK PROJECTS IN 2001, TO 9,362 IN 2003. AND THE PENDENCY OF THE PORK BARREL REDUCTION ACT OF 2005, SPONSORED BY SENS. JOHN MCCAIN, R-ARIZ, AND JON KYL, R-ARIZ, SPEAKS VOLUMES FOR MCCAIN-FEINGOLD LAW, AS WELL AS SARBANES-OXLEY LAW. NONE THE LESS, THE PUBLIC HAS A RIGHT TO KNOW, ALL THE FACTS. AND IN THIS CASE THE PIE PROGRAM EXTENDS OVERSEAS, WITH FOOD SERVICE COMPANIES (ARAMARK, SYSCO, KEEFE) OWNED BY THE PRESIDENT AND HIS IMMEDIATE FAMILY, EXTENDING OPERATIONS OVERSEAS IN AN ILLEGAL "FOOD REDEMPTION" ENTERPRISE; ALONG WITH PHARMACEUTICAL HOUSES (PROVIDING INTERNATIONAL TERROR CELLS WITH FOOD & MEDICINE), SETTING UP FIELD CLINICS. ADDITIONALLY, THE INFORMATION IN QUESTION CONSTITUTES CREDIBLE EVIDENCE THAT MAY CONSTITUTE TERMS FOR IMPEACHMENT, SINCE THAT INFORMATION ILLUSTRATES THE FARCICAL NATURE OF THE PRESIDENT'S "WAR ON TERROR", AS IN A HOAX.

WHEREFORE, PLAINTIFF(S)/PETITIONER(S) PRAYS THIS COURT GRANT THIS MOTION.

I CERTIFY THAT A TRUE COPY HEREOF WAS MAILED TO: CLERK'S OFFICE, 844 N. KING ST, LOCKBOX 18, WILMINGTON, DELAWARE, 19801-3570, THIS 21ST DAY OF MARCH 2006.

DATED: 3.21.06.

RESPECTFULLY SUBMITTED,

VINCENT F. RIVERA 515518
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FLORIDA 32026
PRO SE

1. BASED ON NEW INFORMATION IT WOULD BE IN THE INTEREST OF JUSTICE TO PERMIT MR. RIVERA TO AMEND HIS ORIGINAL COMPLAINT BY INCLUDING WITHOUT LIMITATION, ADDITIONAL DEFENDANTS.

From
Vimont Rivera
#518 SKS
Florida State prison
7819 NW 228th st
Rayford FL 32026

