# MEMORANDUM OF LAW

The prison systems of the several states employ a practice of "phantom employees," which uses the Social Security Numbers (SSNs) of deceased prisoners whose next of kin have never collected the Social Security Administration's death benefit, and do not appear in the death index/master file. The purpose of such a practice is to collect benefits such as worker's compensation, pay checks, state subsidized housing, utilities discounts, etc. Establishing credible residency in a particular "red" or "blue" state, and a "slush fund" for campaign contributions. As well as to establish thousands of "phantom voters," registered to vote in such states. Creating a kind of "phantom district." And while state and federal officials believe the illegal "ballot stuffing" scheme to be a secret, it is the world's worst kept secret. Because the government has a duty to disseminate such information to the public (nolens volens).

It can also be established that the states' "phantom employee" scheme is also designed to undermine federal anti-drug policy, 21 USC § 846, et seq., as in drug trafficking on the black market. Anabolic androgenic steroids, analgesics or pain relievers, anti-inflammatory drugs, antihistamines, psychotropics, anti-coagulants, muscle relaxers, and other opioidal drugs, anti-retroviral drugs, flu vaccines, erectile dysfunction drugs (Viagra, Cialis, & Levitra), and medical supplies in general, being of particular preference. All at state expense (tax payer funds), for resale/redistribution on the international black market. Connecting the dots from (PIE) companies to Halliburton, KBR, Bechtel, Diebold, CH2M Hill, Shaw Environmental, Alaron Trading, Parsons, and Fluor Corp., in Iraq, the U.N. Security Council's contracts with Cotecna Inspection SA, the Oil-for-Food program, and the President's contracts with the accounting/audit firm (KPMG). PIE companies doubling their earnings on the (same) items, thus doubling the equity income of shareholders in public office. It should also be noted that prison officials use prison-abuse/torture as a deflection tactic to hide their illegal endeavors. See e.g. Wilson v. Woodford, No. 2:05 CV 876 LLK-664 (SD/CA).

Vincent F. Rivera

## NOTICE

Effective **April 9, 2006**, the court of appeals fee for docketing an appeal, petition for review, or any other proceeding, will increase to **$450.00**, pursuant to the Deficit Reduction Act of 2005.

When combined with the district court fee of $5.00 for filing a notice of appeal, the total amount payable to the district court for filing a notice of appeal will increase to **$455.00**.

FILED MAR 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

\* An attempt to interfere w/ government's recordkeeping function. Since indigent prisoners are in the best position to foil the president's expectations and the PIE operations (globalization). A measure intended to prevent the inevitable. Thus amounting to "retaliation," which violates 42 USCS 1997(d)

From
Vincent Rivera
#518 SHS
Florida State prison
7819 NW 228th St
Raford Fl 32026



To: O
Unite
8 NN
Wilm