IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VINCENT F. RIVERA, AS NEXT
FRIEND FOR U.S. ARMY SERGEANT
JOSE A. RIVERA,

    PLAINTIFF(S)/PETITIONER(S),

V.

PRESIDENT GEORGE WALKER BUSH, ET AL.,

    DEFENDANTS/RESPONDENTS.

CIVIL ACTION NO. 06-161-GMS



FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LEGAL MAIL PROVIDED TO FLORIDA STATE PRISON DATE ___ FOR MAILING.
INMATES INITIALS ___

MOTION FOR RECONSIDERATION

PLAINTIFF(S)/PETITIONER(S) MOTIONS THIS HONORABLE COURT FOR RECONSIDERATION OF ITS COMPLIANCE ORDER DATED 3.31.06. (DOC. NO. 6) FOR THE FOLLOWING REASONS:

    1. THE ORDER BELOW IS A REFLECTION OF JUDICIAL ACTIVISM, PAROCHIALISM, AND VENTRILOQUISM. WITH THE FINAL CONDITION EFFECTING "UNCONSTITUTIONAL VIEWPOINT DISCRIMINATION", OR "INFLUENCE PEDDLING", OR BOTH. THE COURT REFUSING TO DO THAT WHICH THE LAW REQUIRES IT TO DO. WHICH WOULD BE ITS SWORN DUTY TO SAFEGUARD THE RIGHTS, PRIVILEGES, AND IMMUNITIES GUARANTEED BY THE CONSTITUTION, AND TO REMAIN IMPARTIAL IN THE ADJUDICATION OF CASES OR CONTROVERSIES. WHICH REALLY GOES WITHOUT SAYING. THUS, IF A FEDERAL JUDGE CANNOT IDENTIFY WITH HIS CONSTITUTIONAL DUTY, THEN IT BECOMES OBVIOUS THAT SUCH JUDGES ARE EXERCISING THE POWER OF SOME OTHER OFFICE. THE PRISON LITIGATION REFORM ACT (HEREINAFTER PLRA), BEING THE PRETEXT. BUT CF. P.L. NO. 104-134, 110 STAT 1321 (APRIL 26, 1996). THE ORDER BELOW IS PREDICATE UPON THE PLRA. AND MORE SPECIFICALLY, 28 USC § 1915 (AS AMENDED). THEREFORE, THE COURT MUST CONSIDER THE SETTING IN WHICH THE PLRA WAS ENACTED. AT THE TIME, FORMER PRESIDENT BILL CLINTON WAS FACED WITH SCANDAL AFTER SCANDAL - I.E., WHITEWATER, PAULA CORBIN JONES, OK BOMBING, JAMES AND SUSAN MCDOUGAL, MONICA LEWINSKY, KENNETH STARR, KOSOVO, YUGOSLAVIA ETC. AN ORCHESTRATED DEFLECTION SCHEME DESIGNED TO SHIFT PUBLIC SCRUTINY FAR LEFT OF PERSONAL GAIN. THE FATE OF SUCH PROMINENT POLITICAL FIGURES AS CONGRESSMEN RANDY "DUKE" CUNNINGHAM, R-CALIF., AND TOM DELAY, R-TEXAS, BEING JUST TWO (2) EXAMPLES. INFLUENCE PEDDLING AND BRIBERY OF FEDERAL JUDGES, BEING 2-MORE.

    2. IN FISCAL 1992, WHEN PRESIDENT CLINTON TOOK OFFICE, THERE WERE ISSUES ON THE TABLE THAT CERTAINLY NEEDED ADDRESSING - VIZ, MOGADISHU, SOMALIA, ZERO TOLERANCE, BRANCH DAVIDIANS, LOS ANGELES RIOTS, U.S. ATTORNEY RUDY GIULIANI, MAFIA BOSS JOHN GOTTI, ETC. NONE THE LESS, THE FIRST LADY AT THE TIME, MRS. HILLARY RODHAM CLINTON DID NOT WASTE TOO MUCH TIME PERSUADING THE 42nd PRESIDENT TO DEPLOY THE CENTRAL INTELLIGENCE AGENCY (CIA) ON A SECRET MISSION. NOT TO LOOK FOR STOLEN WEAPONS OF MASS DESTRUCTION (WMD) IN MOGADISHU AND SOUTH AFRICA, OR TO TEST ANTITERRORISM POLICY STATESIDE. BUT RATHER, TO LAUNCH A SECRET WAR AGAINST THE FAMILY OF MR. MOHAMMED AL FAYED, THE PROPRIETOR OF HARRODS OF LONDON. THE MOST PRESTIGIOUS DEPARTMENT STORE IN THE WORLD. MRS. CLINTON WAS THE GENERAL COUNSEL OF WAL-MART STORES, INC. AT THE TIME (1992-1999) AND MOHAMMED AL FAYED'S SON "DODI"

The public has a right to know the details of her seeming success. Her political aspirations were tied to a scheme; wherein and whereby, government officials on Capitol Hill -- in the White House, and on the bench, would pour investment capital into Wal-Mart stores. Using the power of office to create the retail monstrosity the world knows today. See "The Wal-Mart Effect" by Charles Fishman (Barnes & Noble). Wal-Mart is the world's leading retail chain. Connecting the dots between Ms. Clinton's efforts, and the practice of earmarking pork barrel projects that pave the way for the World Trade Organization (WTO), European Union Trade Commission (EUTC), U.S. Trade Representative (Rob Portman), the International Council of Shopping Centers (ICSC), and President Bush, with his so-called "Fast Track Trade Authority", to monopolize the entire retail market. Giving substance to the prophetic. But cf. Rev. 13:17 (NKJV). If not for the criminal element, that is. An explanation follows.

Former President Bill Clinton deployed the CIA against the Al Fayed family. A form of industrial spying that eventually led to industrial sabotage. The mission was originally assigned to Mr. R. James Woolsey, Director of Central Intelligence (DCI), passed on to Mr. John M. Deutch, DCI, several years later (1995) and concluded under the direction of Mr. George J. Tenet, DCI (circa 1997). On August 31, 1997, Mr. Tenet activated a sleeper agent. The royal chauffeur of Britain's Lady Diana Spencer, Mr. Henri Paul. While in Paris, France, Mr. Paul crashed the royal limosine in the "Place De L'Alma" tunnel; killing passengers Princess Diana, her fiance Dodi Al Fayed, and himself. A crushing blow to the Harrod's of London legacy. Mr. Al Fayed was the primary target. Princess Diana was the secondary target as a result of Ms. Hillary Rodham Clinton's insane jealousy. Princess Diana, like herself was a head of state. Ms. Clinton had then, just as she has now, an obsession with "overachievement", excelling beyond her peers. Social etiquette being one aspect of that obsession. Princess Diana was the Eastman Kodak media queen. Photogenic and popular. Which is why her assassination was tied in with the paparazzi. Irony that is wholly consistent with a government sponsored revenge killing. That is the setting in which the PLRA was born.

After eliminating the competition to the Clinton's satisfaction, Mr. Tenet was aimed at another target. Only by this time, members of Congress and the White House, accepted Ms. Hillary Rodham Clinton's ruthless concupiscence as official government policy, in the interest of personal gain. And more specifically, in order to boost Wal-Mart's stock value. Thus, the CIA and the President secretly expanded the corporate war. On September 11, 2003, another popular head of state was assassinated; Foreign Minister of Sweden, Ms. Anna Lindh. Blond, blue-eyed, and a rising star with 20-years of experience as a politician. While shopping at the Nordiska Kompaniet ("NK") or "Filippa K" department store, Ms. Lindh was assailed by an individual later identified as Mr. Mijailo Mijailovic, a Swedish born Serbian national. She was stabbed repeatedly in the chest, stomach, and arm. The assailant fled, and Foreign Minister Lindh was taken to the Karolinska Hospital. "Filippa K" is located in Stockholm, Sweden. Ms. Lindh succumbed to injuries that were initially reported by emergency medical technicians, as non-"life-threatening". The holding company "Hufvudstaden" is the owner of "Filippa K", an upscale department store in Stockholm, with a 100-year old reputation. Tracing Foreign Minister Lindh's portfolio holdings, campaign backing, and donations by other retailers stateside and abroad -- viz., Harrods of London, Galeries Lafayette (Paris), De Bijenkorf (Amsterdam), El Palacio De Hierro (Mexico), Borsalino

(WICHITA), MACY'S (NY), BLOOMINGDALE'S (NY), AND CANALI BOUTIQUE (MILAN), TO LIST A FEW. CORPORATE POLITICAL DONATIONS BEING THE LINCHPIN TO IDENTIFY SHAREHOLDERS. THE CHAPTER 7 BANKRUPTCY REFORM BILL OF 2004, BEING THE DEATH KNELL OF THE WAL-MART MONOPOLY. AS THE INTERNATIONAL CRIMINAL POLICE ORGANIZATION (INTERPOL), AND THE METRO POLICE OF THE NEW SCOTLAND YARD WOULD CERTAINLY HAVE A SOLID CASE AGAINST U.S. SEN. HILLARY RODHAM CLINTON, D-NY, AND HER CRONIES. AS A RESULT OF THE SUSPICIOUS DEATH OF MR. JOHN WALTON, WAL-MART'S CHAIRMAN, MS. CLINTON NOW OCCUPIES THE OFFICE OF CHAIRWOMAN-EMERITUS.

WHEREFORE, PLAINTIFFS/PETITIONERS PRAYS THIS COURT GRANT THIS MOTION.

DATED: 4.4.06.

RESPECTFULLY SUBMITTED,

[signature]

VINCENT F. RIVERA #985N8
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FL 32026
PRO SE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY HEREOF WAS FURNISHED BY MAIL TO: M. JANE BRADY, ATTY. GEN., CARVEL STATE OFFICE BLDG, 820 N. FRENCH ST, 5TH FL, WILMINGTON, DE 19801, THIS 4TH DAY OF APRIL 2006.

[signature]
VINCENT F. RIVERA

---

1/ MR. WALTON WAS KILLED IN AN ULTRALIGHT AIRCRAFT ACCIDENT, JUNE 2005.

2/ THE PLRA ILLEGALLY TRANSFORMS A FEDERAL JUDGE INTO AN ACTING PRISON ADMINISTRATOR. ALBEIT THE U.S. SUPREME COURT HELD IN SAFLEY V. TURNER, THAT "PRISON ADMINISTRATION IS COMMITTED TO THE LEGISLATIVE AND EXECUTIVE BRANCHES." 482 US 78, 95-97 (1987). GIVING RISE TO A "SEPARATION-OF-POWERS" VIOLATION. THE HABEAS CORPUS ACT OF 1641, 16 CAR 1, CH. 10, IS (WAS) THE FOUNDERS' BLUEPRINT FOR THE U.S. CONSTITUTION'S "SUSPENSION CLAUSE." ART. 1, § 9, CL. 2. THE IDEA WAS TO ADJUST THE "CHECKS AND BALANCES" BETWEEN THE BRANCHES. THUS, THIS COURT IS CHARGING MR. RIVERA $250.00 TO FILE A $5 CASE. A HABEAS CORPUS PETITION COSTS $5 TO FILE. THIS COURT IS CHARGING MR. RIVERA $245.00 MORE THAN THE LAW PRESCRIBES. SEE ORD. AT PG. 2 (DOC. NO. 6). WHICH SOUNDS LIKE AN EXCESSIVE FINE IN VIOLATION OF THE 8TH AMDT. MOREOVER, BY TURNING A FEDERAL JUDGE INTO AN ACTING PRISON ADMINISTRATOR, THE DICTUM OF EX PARTE HULL, 312 US 546 (1941), RECEIVES A "REVERSE REVIEW" AND IS OVERRULED BY COMEDIA DEL ART. A BURLESQUE SHOW WITH THE JUDICIARY REDUCED TO THE RANKS OF VENTRILOQUIST DUMMY, PRETENDING TO SPEAK FOR ITSELF (RES JUDICATA) WHILE ACTUALLY TALKING UP FOR THE CONGRESS. TALKING IN RIDDLES AT THAT. BECAUSE STARE DECISIS REQUIRES A FEDERAL JUDGE TO COMPLY WITH ITS OWN RULINGS. PAST AND PRESENT. AND IF JUDICIALLY CREATED RULES COME WITHIN THE PARAMETERS OF THE DISTRICT COURT, THEN ENFORCEMENT OF JUDICIALLY CREATED POLICY BY A SUPERVISORY COURT WOULD NEEDLESS TO SAY TAKE PRECEDENT. AND IN HOUSTON V. LACK, IT WAS THE UPPER COURT THAT CREATED THE "MAILBOX RULE." NOT THE LOWER COURT; AND NOT THE CONGRESS. 487 US 266, 270, 276 (1988). TYPIFYING JUDICIAL ACTIVISM, PAROCHIALISM, AND UNCONSTITUTIONAL COURT DISCRIMINATION

Vincent Rivera
SBI SN#
Florida state prison
7819 NW 228th St
Raiford, FL 32026

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

$00.39 APR 06 2006
X-RAY

Office of the United States District Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail