IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| VINCENT F. RIVERA, as next Friend for U.S. Army Sergeant Jose A. Rivera, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-161-GMS<br>) |
| PRESIDENT GEORGE WALKER BUSH, VICE PRESIDENT RICHARD CHENEY, DEFENSE SECRETARY DONALD H. RUMSFELD, GENERAL RICHARD MYERS, SEN. DUNCAN HUNTER, SEN. JOHN WARNER, DR. RICHARD PALMISANO, DR. CHARLES HOGE, ANNE MINNER, MCKESSON CORP., TAP HOLDINGS INC., E-Z-EM INC., FUJISAWA USA INC., G.D. SEARLE & COMPANY, BOC GROUP INC., BOOTS PHARMACEUTICALS, DIRECTOR HARLEY LAPPIN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The plaintiff Vincent F. Rivera ("Rivera"), filed this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. Rivera proceeds *pro se* and requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 2.) Rivera is currently an inmate at the Florida State Prison in Rayford, Florida.

On March 31, 2006, the court denied Rivera's motion for leave to proceed *in forma pauperis* on the basis that Rivera had three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. (D.I. 2, 6); *see* 28 U.S.C. § 1915(g).

Rivera now moves for reconsideration of the court's entry of the "three strikes" order denying him leave to proceed *in forma pauperis* and requiring him to pay the $250.00 filing fee. (D.I. 7.)

The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: 1) an intervening change in the controlling law; 2) the availability of new evidence that was not available previously; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. *Id.; Dasilva v. Esmor Corr. Services, Inc.*, Nos. 03-3095, 03-3348, 03-4435, 05-4007, 03-3096, 2006 WL 197610, at *3 (3d Cir. Jan 27, 2006).

Rivera's motion is a rambling discourse that attacks actions of the government. He has not demonstrated any of the grounds necessary to warrant reconsideration and therefore, his motion is DENIED.

NOW THEREFORE, at Wilmington this 26th day of June, 2006, IT IS HEREBY ORDERED that the motion for reconsideration (D.I. 7) is DENIED. Rivera is given thirty (30) days from the date of this order to pay the $250.00 filing fee. If Rivera does not pay the filing fee within that time, the complaint shall be dismissed pursuant to 28 U.S.C. § 1915(g).

UNITED STATES DISTRICT JUDGE