UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3444

Rivera

vs.

Bush, et al.

Vincent Faustino Rivera, Appellant

(Delaware District Civil No. 06-cv-00161)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

A True Copy:

Date: September 18, 2006

Marcia M. Waldron, Clerk

cc:
  Mr. Vincent Faustino Rivera
  Douglas E. McCann, Esq.