IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VINCENT F. RIVERA, as next Friend for U.S. Army Sergeant Jose A. Rivera, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT GEORGE WALKER BUSH, VICE PRESIDENT RICHARD CHENEY, DEFENSE SECRETARY DONALD H. RUMSFELD, GENERAL RICHARD MYERS, SEN. DUNCAN HUNTER, SEN. JOHN WARNER, DR. RICHARD PALMISANO, DR. CHARLES HOGE, ANNE MINNER, MCKESSON CORP., TAP HOLDINGS INC., E-Z-EM INC., FUJISAWA USA INC., G.D. SEARLE & COMPANY, BOC GROUP INC., BOOTS PHARMACEUTICALS, DIRECTOR HARLEY LAPPIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-161-GMS ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

The plaintiff Vincent F. Rivera ("Rivera"), filed this action alleging violations of his constitutional rights. Rivera proceeds *pro se,* requested, and was denied, leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 1, 2.) His application was denied on March 31, 2006, (D.I. 6) because three or more times in the past, while incarcerated, he brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(g). Rivera was ordered to pay the filing fee within thirty days from the date of the order. Rather than doing so, he filed a motion for reconsideration on April 11, 2006. (D.I. 7.) The motion was denied and Rivera was

given thirty days to pay the filing fee. (D.I. 8.) Instead, Rivera appealed the matter to the U.S. Court of Appeals for the Third Circuit. *Rivera v. Bush*, No. 06-3444. The appellate court dismissed the appeal on September 18, 2006, for failure to timely prosecute.

Rivera shall pay the $250.00 filing fee within thirty (30) days from the date of this order. The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(g) if Rivera does not pay the filing fee within that time. No extensions will be granted.

/s/ _____
UNITED STATES DISTRICT JUDGE

November 15, 2006
Wilmington, Delaware



FILED
NOV 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE