DJBA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VINCENT F. RIVERA, AS NEXT
FRIEND FOR U.S. ARMY SERGEANT
JOSE A. RIVERA,

    PLAINTIFFS/PETITIONER(S),

v.

PRESIDENT GEORGE WALKER BUSH, ETC.,
ET AL.,

    DEFENDANTS-RESPONDENTS.

CA NO. 06-161-GMS

MOTION TO ALTER OR AMEND



PLAINTIFF(S)/PETITIONER(S) VINCENT F. RIVERA, PRO SE AND PURSUANT TO FED. R. CIV. PRO., RULE 59(e), MOST RESPECTFULLY MOTIONS THIS HONORABLE COURT TO ALTER OR AMEND ITS EARLIER ORDER OF 11.15.06. (D.I. 11); AND WOULD STATE:

1. ON "SEPTEMBER 11, 2001 ("9/11"), A RADIO-CONTROLLED U.S. PREDATOR-DRONE AIRCRAFT WAS LAUNCHED FROM WRIGHT-PATTERSON AFB IN OHIO. THE VEHICLE WAS STEERED ABOUT 558-NAUTICAL MILES EASTWARD BY U.S. J-STAR AND AWACS SATELLITE/SURVEILLANCE AIRCRAFT DEPLOYED FROM AN UNKNOWN-NAMED COVERT OPERATIONS BASE NEAR INDIANA'S GARY/CHICAGO AIRPORT. SEE RIVERA V. DANIELS, ET AL., NO. 1:06 CV 1226-JDT-TAB (SD/IND), RIVERA V. BLAGOJEVICH, ET AL., NO. 05 C 2146 (ND/IL). THE PREDATOR DRONE, WHICH IS SLIGHTLY LARGER THAN THE NORTHRUP GRUMMAN RQ-4A GLOBAL HAWK, AND IS POWERED BY TWIN PRATT & WHITNEY JT8D-219 TURBOFANS; WAS USED AS A FLYING BOMB, MODIFIED WITH LASER RANGE-FINDING AND GUIDANCE SYSTEMS, TARGETING SECTION "D" OF THE PENTAGON BUILDING ON "9/11." THE SOLE PURPOSE OF THE PRESIDENT'S (GEORGE WALKER BUSH) STEALTHY ATTACK ON THE PENTAGON WAS TO DESTROY GOVERNMENT RECORDS STORED IN SECTION "D," PERTAINING TO PHARMACEUTICAL CONTRACTS FOR SUPPLIES OF ARMAMENTARIUM (DRUG PRODUCTS), AND LOGISTICS CONTRACTS (MISSILE ORDINANCE), AWARDED DEFENSE CONTRACTORS OVER A PERIOD OF YEARS (1963-2001); BY FORMER PRESIDENTS, VICE PRESIDENTS, AND DEFENSE SECRETARIES -- VIZ., JOHN F. KENNEDY, LYNDON B. JOHNSON, RICHARD MILHOUS NIXON, GERALD FORD, JIMMY CARTER, RONALD REAGAN, GEORGE H.W. BUSH, BILL CLINTON, GEORGE W. BUSH; HERBERT H. HUMPHREY, SPIRO T. AGNEW, NELSON A. ROCKEFELLER, WALTER F. MONDALE, DAN QUAYLE, ALFONSE GORE, RICHARD B. CHENEY; ROBERT S. MCNAMARA, CLARK M. CLIFFORD, MELVIN R. LAIRD, ELLIOT L. RICHARDSON, JAMES R. SCHLESINGER (1973 APPT'D BY NIXON & 1974 APPT'D BY FORD), DONALD H. RUMSFELD (1975 APPT'D BY FORD & 2001 APPT'D BY BUSH), HAROLD B. BROWN, CASPAR WEINBERGER, FRANK C. CARLUCCI, LES ASPIN, AND WILLIAM PERRY.

2. THE REASONING BEHIND THE DESTRUCTION OF DEPARTMENT OF DEFENSE RECORDS, IS (WAS) PART OF A CONTINGENCY PLAN. THE DEFENSE CONTRACT AUDIT AGENCY (DCAA), AND THE VETERANS ADMINISTRATION (VA) (MILITARY & CIVILIAN PERSONNEL ISSUES OFFICE), MAINTAIN THE (SAME) CONTRACTUAL INFORMATION, IN TERMS OF PHARMACEUTICAL/HEALTHCARE APPORTIONMENT BY THE SENATE APPROPRIATIONS COMMITTEE, THE HOUSE APPROPRIATIONS COMMITTEE, THE SENATE

¹ SEE EXEC. ORD. #s 12333, 12334, 12335, & 12336; UNDER THE AUSPICES OF THE NATIONAL SECURITY AGENCY (NSA). SEE ALSO EXEC. ORD. EXPANDING NATIONAL SECURITY CLASS-

Finance Committee, and the House Budget Committee, to complement the President's sweetheart deals. Thus, by destroying Pentagon records in 2001, VA records in 2006, and DCAA records at some future time, half the job is completed. However, §§ 215 & 802 of the USA Patriot Act, make completing the remaining leg of the mission somewhat complicated. The business records of the pharmaceutical houses contracting with the Pentagon are subject to administrative search and seizure by federal authorities. Since the drug companies contracting with the Department of Defense (DOD) are specifically engaged in, not only anticompetitive behavior in violation of the Sherman Antitrust Act, 15 USC §§ 1 & 2, but activity intended to "influence government policy by intimidation or coercion," unlawful and unconstitutional acts that can fairly be said to be "dangerous to human life," thus, embracing "domestic terrorism." And, while the keyword is "terrorism," adding the prefix "bio," opens the door for federal intervention under the Bioterrorism Preparedness and Response Act of 2002, Project Bioshield, PL No. 108-276, and the Biodefense and Pandemic Vaccination and Drug Development Act of 2005 (S. Rept. 1873) ("Bioshield 2"). A century from now the members of Congress and the White House, with their ill-gotten gains inherited from earlier generation, would be as interested in escaping liability for crimes against humanity, and "high treason," as the 109th Congress is today. Drug company records represent private industry. They become "public records" when the ink on DOD contracts dries. Military records are accessible to the general public, which is why Section "D" of the Pentagon building was destroyed on 9/11. See 10 USC § 1552, 32 CFR § 581.3. Therefore, the "business records exception" will not pan out for pharmaceutical houses contracting with the DOD. Compare Cuneo v. Schlesinger, 484 F-2d 1086 (1973), with Nolen v. Rumsfeld, 535 F-2d 890 (1976). But cf the Intelligence Authorization Act of 2003.

3. Former President Ronald Reagan set the ball rolling in 1981. Military troops were weaned on antipsychotic drugs. And for the preceding 25-years, pharmaceutical houses contracting with the DOD, have been feeding the addiction. The Pentagon's goal is to develop a variety of specialized "antipersonnel pills," and thus, create the visionary "universal soldier." The only problem is that these questionable anti personnel pills are actually atypical antipsychotic drugs in four (4) categories: (1) tricyclic antidepressants, (2) selective serotonin reuptake inhibitors (SSRI), (3) monoamine oxidase inhibitors (MAO) and (4) B-blockers. In November 2004, the Food and Drug Administration (FDA) compiled a list of more than 25-drug products that enhance suicidal ideation -viz: Accutane, Apotex, Ativan, Buspar, Celexa, Clonazepam, Clonopin, Cymbalta, Depacote, Effexor, Escalith, Elavil, Felodipine, Geodone, Haldol, Ivax, Luvox, Meridia, Nefazadone, Olanzapine, Paxil, Prozac, Remeron, Ritalin, Serax, Serevent, Seroquel, Serzone, Tegretol, Vistoril, Wellbutrin XL, Xanax, Ziprexa, Zoloft, etc." And thus, mandated a "black box" warning on the labels. What these drug products do is impair the brain's ability to protect itself by interfering with the limbic process and disrupting neurotransmitters (acetylcholine production in the hippocampus), which control memory. In brief, the brain forgets how to survive when combined with stressful situations, i.e., military conflict, prison conditions, etc. The body's typical response is suicide. In terms of a combat situation, a pill prescribed to US troops that would induce suicidal behavior becomes a favorable asset. In Iraq, more than 2,900 seasoned U.S. troops have lost their lives between 2003 & 2006. Many deaths among American troops have been suicides. Colonel Charles Hoge, Chief of Psychiatry and Neurosciences at the U.S. Army's Walter Reed Hospital has compiled the data for all branches deployed. And the percentage of U.S. troops deployed in Iraq, that had been prescribed antipsychotic drugs on the FDA's "black box" list, at some point in between training and deployment is a high 85%. Psychiatric treatment in the military became mandatory around 1982. Troops that are under the influence of drugs that trigger suicidal behavior would seem to fit the bill from a Commander-in-Chief's point of view, particularly when opposing forces or enemy combatants known as "suicide bombers," strap up with plastic explosives.

4. However, in Iraq, the enemy kill ratio for US troops, has been considerably lower than the percentage of US troop suicides — ie., 100 enemy combatants killed out of enemy troop strengths above 50,000; in comparison to 15 US troops out of every 100, troop committing suicide (2003-2004 statistics). When US forces engaged Saddam's Red Guard and Regular Army the suicide rate among US forces remained shockingly high, but once the Mahdi Army entered the theater, the suicide rate among US troops climbed (2004-2006), which is the main reason President Bush procured the services of mercenaries under the Defense Federal Acquisition Regulation Supplement contractors accompanying a force deployed bill (Fed. Reg. 3.23.04). The Bush Administration's version of "Directive 17" (aid to Contras in 1987). In brief, President Bush, and his predecessors created a culture of pacifist combat troops. The unlawful killing of civilians in Iraq has been rampant. The focus on "soft targets" is supposed to deflect public attention away from the American military's fractured structure, which still amounts to "crimes against humanity," and "high treason," Art. 3, § 3 of the US Const. empowers a court of the United States to exercise authority in cases of treason. If the court put its foot down in the saga of the American Revolution — viz., Maj. John Andre, etc., and later during the American Civil War — viz., John Brown at Harper's Ferry (1859), as well as, after, during the Reconstruction by the 39th Congress, there should be no reason why this Honorable Court cannot (now) exercise the (same) authority it did back (then) unless it can somehow justify "parochialism," or "government in the sunshine," or both. Moreover, if the entire 9/11 operation is (was) a "state secret," efforts to protect it have been ineffective and inefficient, which alludes to the holding in Branti v. Finkel, 100 S.Ct. 1287 (1980). The "political patronage" is here. The "parochialism" is here, even the "plausible deniability" is here. All that is missing is the secrecy. And there are no more secrets in Mother Hubbard's cupboard (human genetic modification in pill form).

5. The (same) pharmaceutical houses that contract with the Pentagon (defendants-respondents included), contract with the Department of Corrections (DOC), also (state-to-state), which suggests that the hundreds of billions of tax dollars that the legislatures spend on drug company sales contract fees, are going into the pockets of majority shareholders in public office. The (same) earmarkers spending the money, that is, these persons (state/federal actors) funnel public funds into separate private systems (drug firms), and receive laundered kickbacks cloaked as stocks, bonds, asset groups, investment returns, dividends, mutual funds, corporate political donations, and other financial products. The earmarkers assume the identities of phantom corporations and add their bogus namesake to drug company shareholders lists, which enables them to divert public money to other phantom corporations, and reinvest proceeds. As in Investment & Commodities Fraud, but cf. Chipser v. Kohlmeyer & Co., 600 F.2d 1061, 1063 (5th Cir. 1979). A matter for which the Speech or Debate Clause is of no effect, Art. I, § 6, cl 1, US. Const. nor the "Executive Privilege" for that matter. See also Cheney v. US District Court (S.Ct. 6/04). In brief, the prison belt's behavior modification/mind control plan ties right in with the Pentagon's "Universal Soldier" scam. Mental health professionals in the prison belt are dedicated to researching psychosis in prisoners, and more specifically, "suicidal ideation." In 2004, the Government Affairs Committee (Sen. Susan Collins) (R-Me) conducted a study on prisoner suicide rates (nationwide), in nearly 85% of the cases the suicide victim was taking a psychotropic drug on the FDA's "black box list," and some of those suicide victims were as young as 14-years old (the drugs Paxil and Ritalin were the focus). In 1999, the Columbine killers Eric Harris (18) and Dylan Klebold (17), both took their own lives after killing 12 fellow students and 1 faculty member. Harris and Klebold were both taking the antidepressant drug "Luvox," at the time of their rampage. Exactly how many US troops killed in Iraq that were being treated for mental disorders with Luvox, is unclear. But it cannot be downplayed by the ipse dixit of the earmarkers of the Government Affairs Committee. The Hon. Ernestine Gray, Orleans Parrish juvenile court judge in New Orleans, Louisiana, stated that: "Our prisons should not be used

as substitute mental institutions."

6. The result of the Pentagon's "Universal Soldier" development plan, can be viewed as a catastrophic failure. In Afghanistan, more than 1,000 U.S. troops have lost their lives since October 2001, with the case of U.S. Army Ranger and former Arizona Cardinals defensive back Pat Tillman standing out in the public's mind, more so than the common combatant in khakis. Nonetheless, the result of the Pentagon and the Presidents' plan has left the American public being defended by pacifist combat troops, which is a far cry from the future warrior the military was looking for. However, the billions of tax dollars continue to flow from the Treasury spigots (federal/state), into the pharmaceutical houses, and the secret coffers of majority shareholders in public office. Certainly a matter of public concern, "as well as "public interest," since it is the public's money at issue. See e.g. Rivera v. FDA, Nos. 06 CV 38 ADS(ED/NY), 06-2022-CV (2d Cir.). This Court cannot charge Mr. Rivera $250.00, nor any other amount, to proceed with a lawsuit in which the federal government &/or the United States, is compelled to intervene. An issue that is hardly debatable. Therefore, this Honorable Court must focus on its organic authority to do substantial justice in cases or controversies arising under the U.S. Constitution. "High Crimes," "Treason," and "Disorderly behavior," engraft upon such authority. Therefore, it would be a clear error for the court to usurp its own organic authority by enforcing 28 USC § 1915(g) proviso, which is (was) obviously the Congress and the President hoping to keep a "State Secret," that is, the only problem is that the secret playbook has been lost. Making PLRA enforcement an exercise in futility, a waste of judicial resources, and a non-performing hoax (Rivera v. Allin, 144 F.3d 719 (11th Cir. 1998) is a prime example).

7. What the public is missing about the First Gulf War is the obvious. Hundreds of billions of dollars that have continuously been poured into drug companies and the overall healthcare industry, for biomedical and/or clinical research into a condition called "Gulf War Syndrome." In 1995, the VA filed suit against the Congress and thousands of documents revealed that the government was aware of US troops being exposed to biological agents such as Sarin, VX gas, and anthrax during the 1990 conflict. Moreover, the leading pharmaceutical houses, and healthcare firms (insurance underwriters, drug store chains, and doctor groups included), are owned and operated by majority shareholders in public office. Therefore, the Second Gulf War appears to be retaliatory. Because the treason orchestrated by the First President George H.W. Bush in 1990, would have remained a "State Secret," if not for the Gulf War I Veterans lawsuit in 1995. Thus, the Second President George W. Bush is picking up where his father and the GOP left off. Small wonder section "D" of the Pentagon war destroyed on 9/11. The public might have missed this point, but that is why the government's record keeping function is so essential. In this case, however, this Honorable Court is attempting to shield a GOP President from liability for High Crimes and Misdemeanors – viz., President George W. Bush. Albeit, here is credible information that may constitute grounds for impeachment. As in caught red-handed. For instance, connecting the dots from post-Gulf War I government subsidized hospitalizations and insurance programs, aimed at treating Gulf War illness (U.S. troops/vets and their families); present day federal budget spending, pharmaceutical contracts, quarterly earnings reports, and the reported equity income of majority shareholders in public office (legislators, the President/Judges, Governors, Prosecutors, etc.), is a no-brainer. One that opens the door to the whole 9/11 picture, in fact. It follows that if there is solid evidence of Treason attributable to the President (George W. Bush), and his GOP cronies after 9/11. Then there must also be solid evidence of "High Crimes and Misdemeanors" before 9/11. A fortiori, because the interval of time preceding an "infamous event" (9/11), transpires "before" someone takes cognizance of it. Not "after" (Gulf War II). Which is the (same) as putting the war horse before the corporate carriage. The cause célèbre of the Bush White House. Et l' coup de grâce to the GOP's reign of terror. Assessing liability is all that remains to be seen & done.

"That's one small step for man, one giant leap for mankind."
— Neil Armstrong, Apollo Astronaut (circa July 20, 1969).

8. The collapse of the Twin Towers on September 11, 2001, was the proximate result of a 1 HR: 43 MIN sustained nuclear bombardment by U.S. B-2 Spirit "Stealth" bombers and Canadian F-117 "Stealth" fighters on the morning of September 11, 2001 (9/11). "Air Force One," the Presidential Jetliner (Boeing 757-200), was given clearance for take off from Andrews AFB near Dover, MD (89th Airlift Wing), at around 00:00 HRS, or midnight, and with President George W. Bush aboard. The public may not recall that President Bush was at the Emma E. Booker Elementary School at 8:00 in the morning on 9/11, or that on the previous day, September 10, 2001, President Bush was in the Oval Office with his staff, several members of Congress, and antiterrorism chief, Ms. Frances Fragos Townsend. The former Assistant U.S. Attorney under former U.S. Attorney Rudy Guiliani, that prosecuted Messrs Ramzi Ahmed Yousef and Eyad Ismoil Yousef for their role in the 1993 World Trade Center (WTC) bombing that killed 6-persons (circa February 26, 1993). The 9/11 attack on the WTC did not occur until 8:46 AM or 08:46 HRS on September 11, 2001. And yet, President Bush was already in conference with his counter-terrorism chief the day before. Therefore, the public should not attempt to grasp the overall 9/11 picture as a whole, which includes without limitation, the war in Iraq and Afghanistan. But rather, the public should compartmentalize relevant information about the 9/11 attack on America in phases. Because it was an obvious plan that evolved in phases. One that is on going. The design of the plan, the construction of the WTC, the money spent on contracts between 1977 and 2001, insurance, and royalties to shareholders, all represent Phase-1. Phase-2 being a more contemporary history of that plan ("The Manhattan Project"). See Rivera v. Tenet, et al., No. 03 CV 09026 CBM(CD/CA); Rivera v. State of Fla., No. 8:01 CV 01117 EAK(MD/FLA).

9. The (same) way Mr. Randy Weaver was duped by a federal agent in 1992, the Yousef brothers were coerced into building an explosive and planting it at the WTC (February 26, 1993). The idea was for the government to groom Manchurian candidate fall guys in a WTC attack. To allow the U.S. Attorney (Guiliani), for the Southern District of New York (Manhattan) to obtain the blueprints, floor plans, and schematics of the Twin Towers, without actually flagging the government's evil intentions (9/11). Once the prosecution of the Yousefs began — Guiliani's other assistant was appointed, FBI Director prior to 9/11 — viz, Mr. Louis J. Freeh, to obstruct the public's knowledge of these matters — Ms. Townsend received authorization from the Governor of New York, Gov. George Pataki, to access the building diagrams of the Twin Towers, via Mayor David Dinkins of New York City. U.S. Attorney Rudy Guiliani also signed the authorization. At that time Asst. U.S. Attorney Fran Townsend reported to the City's Public Buildings Archives, escorted by New York City Police Commissioner Raymond Kelly, over a period of several weeks. Ms. Townsend was equipped with a digital camera, photographed the WTC blueprints daily, and reported her progress (case diary) to her superior (Guiliani). Mr. Guiliani was at all times material, in contact with nuclear engineers at Los Alamos, Y-12, and Pantex, the nation's nuclear weapons production facilities. Mr. Guiliani was instructed on the specific areas of the WTC blueprints, floor plans, & schematics, to photograph. Records maintained by AT&T, MCI, Verizon, Bell-South, Sprint & T-Mobile, between 1993 and Mr. Guiliani's 1997 mayoral run,

(LOS ALAMOS), OAKRIDGE, TN (Y-12), AND DEL RIO, TEXAS (PANTEX). THUS, THERE IS A RECORD OF FEDERAL PAYMENTS TO THE BEFOREMENTIONED TELEPHONE COMPANIES, WHICH IS WHY THESE FIRMS ARE LINKED TO THE NATIONAL SECURITY AGENCY (NSA), AND THE PRESIDENTS SO-CALLED "DOMESTIC SURVEILLANCE PROGRAM," BUT OF ACLU OF MICH. V. UNITED STATES (ED/MICH.)(AUG. 10, 2006)(RULING OF HON. ANNA DIGGS TAYLOR, SR. US DISTRICT JUDGE, STRIKING DOWN THE NSA PROGRAM AS UNCONSTITUTIONAL). THE JULY 25, 2006 STUDS TERKEL CASE, OFFERS ANOTHER EXAMPLE OF PUBLIC OFFICIALS ATTEMPTING TO HIDE CORRUPTION, HIGH CRIMES & MISDEMEANORS, AND DISORDERLY BEHAVIOR (DR. JON KREYKES AT OAKRIDGE NAT'L LAB-Y-12, ALSO RECEIVED TELEPHONE CALLS FROM MR. GUILIANI).

10. ALONG WITH RECORDS OF TELEPHONE CONVERSATIONS (LONG DISTANCE TELEPHONE BILLS), THERE ARE ALSO PER DIEM EXPENSES AMASSED BY MS. TOWNSEND DURING THE PREPARATION OF THE YOUSEF CASE-E6; TRANSPORTATION, MEALS, HOTELS, DIGITAL CAMERAS (SONY, OLYMPUS, CANON, PENTAX, MINOLTA, NIKON, KODAK, ETC.), 8MB-16MB MEMORY CARDS, AND LASERJET INK, AMONG OTHER THINGS. THE GOVERNMENT PAID MS. TOWNSEND'S SHOPPING BILLS, IN OTHER WORDS. ONCE THE WTC BLUEPRINTS, FLOOR PLANS, AND SCHEMATICS WERE PHOTOGRAPHED, THE PRINTS AND THE DIGITAL MEMORY CARDS/STICKS, CD ROMS, DISKS, AND OTHER COMPUTER STORAGE DEVICES, WERE FORWARDED TO LOS ALAMOS (DRS. PETE NANOS & WEN HO LEE), Y-12, AND PANTEX ENGINEERS IN THE FIELD OF NUCLEAR PHYSICS, INCLUDING WITHOUT LIMITATION, DRS. HANS BETHE, THOMAS GOSNELL, AND ANTON ZEILINGER, CONSULTING; PROCEEDED TO DESIGN & DEVELOP A NUCLEAR WEAPON CALLED "THE ROBUST NUCLEAR EARTH PENETRATOR," OR "BUNKER BUSTER BOMB" WHICH IS (WAS) DESIGNED TO DETONATE 558 FT. BELOW THE VERTEX OF A DESIGNATED TARGET, OR "GROUND ZERO." IF A SKYSCRAPER IS THE INTENDED TARGET, THE NUCLEAR REACTION WOULD REACH CRITICAL MASS AROUND THE 93rd FLOOR IF THE WARHEAD IS DELIVERED BY CARPET BOMBING. THE TWO BOEING JETLINERS (767s) THAT COLLIDED WITH THE TWIN TOWERS ON 9/11 (AMERICAN AIRLINES FLT #11 & UNITED AIRLINES FLT #175 DEPARTED FROM LOGAN INT'L AIRPORT IN BOSTON, MASS.), WERE DEPLOYED BY RADIO-CONTROL TO "SHOCK BOMB" THE TWIN TOWERS; TAKING OUT THE ROOF OF EACH BUILDING (NORTH & SOUTH TOWERS), AND THE WINDOWS; ALSO GIVING B-2 SPIRIT "STEALTH" BOMBER CREWS ACCESS TO GROUND ZERO. THE REST IS HISTORY. SEE "THE MOLE PEOPLE" BY JENNIFER TOTH (CHICAGO REVIEW PRESS, 1993), "RELIC," BY DOUGLAS PRESTON & LINCOLN CHILD (COPYRIGHT 1997) (BARNES & NOBLE, B. DALTON BOOKSELLERS, & WALDEN BOOKS).

11. THE "BUNKER BUSTER BOMB" IS ACTUALLY AN ATOMIC POWER DRILL INTENDED TO PUNCH HOLES IN THE SURFACE OF TERRA MARS. THE PLAN IS TO COLONIZE THE PLANET MARS. THE FIRST STEP IS AERIAL BOMBARDMENT FROM ORBIT. NASA'S JULY 2005 "DEEP IMPACT" SPACE MISSION INVOLVED A 10 FT.; 1,135 LB. SPACECRAFT COLLIDING INTO A COMET KNOWN AS "TEMPEL 1." THE GOAL OF THE MISSION WAS TO EXCAVATE A CRATER IN TEMPEL 1 ICED OUTSURFACE ABOUT THE SIZE OF A FOOTBALL FIELD; AND AS DEEP AS 14-STORIES. A TEST CASE OR PRECURSOR FOR NUCLEAR BOMBARDMENT OF THE MARTIAN SURFACE. OVER THE LAST 10-YEARS ALONE, NASA HAS LAUNCHED THE MAJORITY OF ITS MISSIONS IN THE DIRECTION OF MARS. IN 2006, THE "SPIRIT" AND "OPPORTUNITY" ROVERS CONTINUE MAPPING AN AREA OF THE PLANET MARS DUBBED "COLUMBIA HILLS," AND OTHER REGIONS - VIZ., GUSEV CRATER, MERIDIANA PLANUM, ISIDIS PLANITIA, VALLES MARINERIS, ATHABASCA VALLIS, ETC. AND THE SPACE AGENCY HAS FUTURE EXPEDITIONS TO MARS IN THE WORKS: MARS SCIENCE LAB (2009), EXOMARS (2011), ETC. THUS, THE RECORD REFLECTS "CRIMES AGAINST HUMANITY" AT ALL PHASES OF THE GOVERNMENTS PLAN. IN THE 21ST CENTURY FEDERAL JUDGES ARE REQUIRED TO ABIDE BY THE (SAME) STANDARD OF IMPARTIALITY AS THEIR 18TH CENTURY ANCESTORS. BECAUSE ART. 3 OF THE U.S. CONSTITUTION IS AS PERMANENT AS "TIME" ITSELF. THEREFORE, A FEDERAL JUDGE WHO SUGARCOATS HIS RULINGS TO APPEASE THE CONGRESS AND THE PRESIDENT IS A BIASED JUDGE TOTALLY REMOVED FROM THE FAIR ADMINISTRATION OF JUSTICE. WHICH IS PRECISELY WHAT PLRA ENFORCEMENT DOES FOR THE INDEPENDENCE OF FEDERAL JUDGES. IT TURNS THEM INTO "ACTIVISTS" AND "BRIBEMONGERS." TYPIFYING "CORRUPT INFLUENCE," WHICH CLEARLY EXCEEDS THE AUTHORITY OF AN ART. 3 JUDGE. AS IN THE "EXTRACONSTITUTIONAL"

___

3 TERRORIST SURVEILLANCE PROGRAM (TSP), IS ANOTHER CLASSIFICATION FOR THE GOVERNMENTS WARRANTLESS WIRETAPPING PROJECT. ALBEIT, TITLE 3 OF THE FOREIGN INTELLIGENCE SURVEILLANCE ACT TAKES THE OPPOSITE VIEW. TSP ELIMINATES THE JUDICIAL POWER JUST LIKE THE

IN BRIEF, FOR A FEDERAL JUDGE TO "COVER HIS EYES IN BROAD DAYLIGHT" – VIZ., HON. GREGORY M. SLEET, U.S.D.J. – WHEN THE INTEGRITY OF THE JUDICIAL POWER OF THE UNITED STATES (TRUTHFINDING FUNCTION/RECORDKEEPING FUNCTION) RESTS ON HIS UNBIASED VIEWPOINT, SPEAKS VOLUMES FOR "GOVERNMENT-IN-THE-SUNSHINE," AND "INFLUENCE PEDDLING," BUT IT SAYS NOTHING ABOUT THE CONSEQUENCES OF "POLITICAL PATRONAGE" AS APPROVED POLICY – I.E., IN-EFFICIENCY AND INEFFECTIVENESS IN GOVERNMENT. BUT cf. BRANTI V. FINKEL, ANTE.

WHEREFORE, PLAINTIFF(S)/PETITIONER(S) PRAYS THIS COURT GRANT THIS MOTION IN THE INTEREST OF JUSTICE.

I CERTIFY THAT A TRUE COPY HEREOF WAS MAILED TO: MR. ALBERTO GONZALES, 950 PENNSYLVANIA AVE., FLAG BLDG., STE 570, WASHINGTON, DC 20530, THIS 27TH DAY OF NOVEMBER 2006.

DATED: 11.27.06.

RESPECTFULLY SUBMITTED,

Vincent F. Rivera
VINCENT F. RIVERA #585418
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FL 32026
PRO SE

---

1/ LAW SCHOOLS AROUND THE COUNTRY ARE NOW ADDING "SPACE LAW" TO THEIR CURRICULUM. IF ASSESSING LIABILITY IN CERTAIN REGIONS ON THE PLANET MARS – VIZ., APOLLINARIS PATERA, OLYMPUS MONS, ELYSIUM MONS, ETC., IS "THE PATH OF THE LAW," THEN THE REPOSE OF MAN HAS TO START RIGHT HERE ON THE PLANET EARTH. SEE RIVERA V. BUSH, ET AL, NO. 1:03-20399-CIV-GOLD & D/FEAS)





FSP LAW LIBRARY

Vincent Rivera
SBI#
Florida State Prison
7819 NW 228th St
Raiford FL 32026

Clerk of the
United States District Court
844 N. King St., Rm 4209
Lockbox 18
Wilmington, Delaware 19801



DEC 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

$ 00.87⁰
NOV 28 2006
MAILED FROM ZIP CODE 32091