IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VINCENT F. RIVERA, as next Friend for U.S. Army Sergeant Jose A. Rivera,<br><br>    Plaintiff,<br><br> v.<br><br>PRESIDENT GEORGE WALKER BUSH, VICE PRESIDENT RICHARD CHENEY, DEFENSE SECRETARY DONALD H. RUMSFELD, GENERAL RICHARD MYERS, SEN. DUNCAN HUNTER, SEN. JOHN WARNER, DR. RICHARD PALMISANO, DR. CHARLES HOGE, ANNE MINNER, MCKESSON CORP., TAP HOLDINGS INC., E-Z-EM INC., FUJISAWA USA INC., G.D. SEARLE & COMPANY, BOC GROUP INC., BOOTS PHARMACEUTICALS, DIRECTOR HARLEY LAPPIN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-161-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The plaintiff, Vincent F. Rivera ("Rivera"), filed this action alleging violations of his constitutional rights. Rivera proceeds *pro se,* requested, and was denied, leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (D.I. 1, 2.) His application was denied on March 31, 2006, (D.I. 6) because three or more times in the past, while incarcerated, he brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(g). Rivera was ordered to pay the filing fee within thirty days from the date of the order. Rather than doing so, he filed a motion for reconsideration on April 11, 2006. (D.I. 7.) The motion was denied and Rivera was

given thirty days to pay the filing fee. (D.I. 8.) Instead, Rivera appealed the matter to the U.S. Court of Appeals for the Third Circuit. *Rivera v. Bush*, No. 06-3444. The appellate court dismissed the appeal on September 18, 2006, for failure to timely prosecute.

On November 15, 2006, the court ordered Rivera to pay the $250.00 filing fee within thirty (30) days from the date of the order or the case would be dismissed. Rivera has once again filed a motion for reconsideration rather than pay the filing fee. (D.I. 12.) The motion is frivolous and merits no discussion.

THEREFORE, at Wilmington this 9th day of April, 2007, IT IS HEREBY ORDERED that Rivera's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the $250.00 filing fee as ordered by the court. The clerk of the court is directed to close the case.

/s/ _____
UNITED STATES DISTRICT JUDGE

FILED
APR 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE